Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for
MERCK & CO., INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>                        Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC.<br><br>                        Defendant | Case No. _____ |

### **CERTIFICATE OF FILING NOTICE OF REMOVAL WITH STATE COURT**

I hereby certify that I am counsel of record for the defendant in this proceeding and have this day filed a Notice of Filing Notice of Removal to District Court, along with a copy of the Notice of Removal, with the Superior Court for the State of Alaska, Third Judicial District, the Court from which this action was removed.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

CERTIFICATE OF FILING NOTICE                                     STATE OF ALASKA V. MERCK & CO., INC.
Page 1                                                                                                    _____

DATED this 17th day of January, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: _____/s/ Jahna M. Lindemuth_____
    Jahna M. Lindemuth, ABA #9711068
    DORSEY & WHITNEY LLP
    1031 West Fourth Avenue
    Suite 600
    Anchorage, AK 99501-5907
    (907) 276-4557
    lindemuth.jahna@dorsey.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 17th day of January, 2006, a true and correct
copy of this document was served on:

James E. Fosler
Fosler Law Group, Inc.
737 West Fifth Avenue, Suite 205
Anchorage, Alaska  99501

W. Mark Lanier
Richard Meadow
Lawrence P. Wilson
The Lanier Law Firm
6810 FM 1960 West
Houston, Texas  77069

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

_____/s/ Jahna M. Lindemuth_____
Jahna M. Lindemuth, ABA #9711068
Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

CERTIFICATE OF FILING NOTICE          STATE OF ALASKA V. MERCK & CO., INC.
Page 2                                                                                                                       _____