Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for
MERCK & CO., INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

STATE OF ALASKA,

                              Plaintiff,

vs.

MERCK & CO., INC.

                              Defendant

Case No. _____

## COUNSEL'S VERIFICATION OF STATE COURT RECORDS

I hereby certify that the copies of the process, pleadings, and orders from the action

filed in Superior Court for the State of Alaska, Third Judicial District, which I have attached

to the Notice of Removal filed with the Clerk of this Court, are true and complete copies of

all process, pleadings and orders served upon defendants in the state court action.

**DORSEY &
WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

DATED this 17th day of January, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP


By:_____/s/ Jahna M. Lindemuth
       Jahna M. Lindemuth, ABA #9711068
       DORSEY & WHITNEY LLP
       1031 West Fourth Avenue
       Suite 600
       Anchorage, AK 99501-5907
       (907) 276-4557
       lindemuth.jahna@dorsey.com


CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 17th day of January, 2006, a true and correct
copy of this document was served on:

James E. Fosler
Fosler Law Group, Inc.
737 West Fifth Avenue, Suite 205
Anchorage, Alaska  99501

W. Mark Lanier
Richard Meadow
Lawrence P. Wilson
The Lanier Law Firm
6810 FM 1960 West
Houston, Texas  77069

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.


       /s/ Jahna M. Lindemuth
Jahna M. Lindemuth, ABA #9711068
Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

VERIFICATION OF STATE COURT RECORDS          STATE OF ALASKA V. MERCK & CO., INC.
Page 2