Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for
MERCK & CO., INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>      Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC.<br><br>      Defendant | Case No. _____ |

## **CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL CIVIL RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and is not aware of any beneficial owner of more than ten percent of its Common Stock.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

CORPORATE DISCLOSURE STATEMENT    STATE OF ALASKA V. MERCK & CO., INC.
Page 1    _____

DATED this 17th day of January, 2006, at Anchorage, Alaska.

                DORSEY & WHITNEY LLP

By: _____/s/ Jahna M. Lindemuth_____
     Jahna M. Lindemuth, ABA #9711068
     DORSEY & WHITNEY LLP
     1031 West Fourth Avenue
     Suite 600
     Anchorage, AK 99501-5907
     (907) 276-4557
     lindemuth.jahna@dorsey.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 17th day of January, 2006, a true and correct
copy of this document was served on:

James E. Fosler
Fosler Law Group, Inc.
737 West Fifth Avenue, Suite 205
Anchorage, Alaska  99501

W. Mark Lanier
Richard Meadow
Lawrence P. Wilson
The Lanier Law Firm
6810 FM 1960 West
Houston, Texas  77069

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

      _____/s/ Jahna M. Lindemuth_____
Jahna M. Lindemuth, ABA #9711068
Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

CORPORATE DISCLOSURE STATEMENT    STATE OF ALASKA V. MERCK & CO., INC.
Page 2