# TAB 5

Westlaw.

Not Reported in F.Supp.2d
Not Reported in F.Supp.2d, 2004 WL 1922028 (E.D.La.)
**(Cite as: 2004 WL 1922028 (E.D.La.))**

Page 1

**Motions, Pleadings and Filings**

Only the Westlaw citation is currently available.

United States District Court,
E.D. Louisiana.
Cynthia MATHERN and Donna Morgan
v.
WYETH f/k/a/ American Home Products Corp., et al
**No. Civ.A.04-2116.**

Aug. 25, 2004.

Matthew Edward Lundy, Lundy & Davis, LLP, Houston, TX, Justin Witkin, Bryan A. Aylstock, Aylstock, Witkin & Fasser, PLC, Gulf Breeze, FL, for Plaintiffs.

Henri Wolbrette, III, Kathleen Ann Manning, Mindy Brickman Patron, Anne Lester Pointer, McGlinchey Stafford, PLLC, New Orleans, LA, for Defendants.

*ORDER AND REASONS*

LIVAUDAIS, J.

*1 Defendants (collectively "Wyeth") moved to stay the proceedings pending transfer to the diet-drugs multidistrict proceeding, MDL 1203, [FN1] pending in the Eastern District of Pennsylvania. Record document # 3. Plaintiffs (collectively "Mathern") opposed the motion and filed a motion to stay the transfer to the MDL (record document # 8) pending this Court's determination of their motion to remand (record document # 7).

FN1. *In re: Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Products Liability Litigation,* MDL 1203.

Plaintiffs in this case allege various claims for damages related to their use of Pondimin, one of the prescription obesity medications that, when prescribed for use in combination with Phentermine for weight loss, are commonly referred to as Fen-Phen. Plaintiffs filed suit in the 29th Judicial District Court, Parish of St. Charles, alleging only state law causes of action. Included as defendants were two of Wyeth's sales representatives, Joey Englert and Craig Englert, and Louisiana Wholesale Drug Company, Inc., all Louisiana residents. Wyeth removed the matter to the District Court for the Eastern District of Louisiana pursuant to 28 U.S.C. § 1447(c) alleging diversity jurisdiction. Wyeth alleges that the Louisiana defendants were fraudulently joined.

Thousands of these cases have been filed nationwide, and plaintiffs number in the tens of thousands. This case is one of at least four filed this year in this district by plaintiffs represented by the same counsel, [FN2] including at least one naming the same Louisiana defendants. This Court finds that this case shares common issues of fact and law with those cases and that a stay of this case pending transfer to the MDL will promote judicial efficiency and avoid conflicting rulings.

FN2. *Jerri Roscoe, et al v. Wyeth f/k/a/ American Home Products Corporation et al,* C.A. 04-1416 (E.D.La.) (Lemmon, J.); *Shandra Dave, et al v. Wyeth f/k/a/ American Home Products Corporation et al,* C.A. 04-1418 (E.D.La.) (McNamara, J.); *Gina Kulick, et al v. Wyeth f/k/a/ American Home Products Corporation et al,* C.A. 04-1406 (E.D.La.) (Barbier, J.). See also, *Ann Franz, et al v. American Home Products Corporation et al,* C.A. 02-0284 (E.D.La.) (Duval, J.); *Cynthia Acosta, et al v. American Home Products Corporation et al,* C.A. 02-0074 (E.D.La.) (Lemmon, J.); *Sandra Anderson, et al v. American Home Products Corporation et al,* C.A. 02-0072 (E.D.La.) (Fallon, J.); *Janice Elstrott, et al v. American Home Products Corporation et al,* C.A. 02-0120 (E.D.La.) (Feldman, J.); *Peggy Martinez, et al v. American Home Products Corporation et al,* C.A. 02-0144 (E.D.La.) (Zainey, J.).

Accordingly,

IT IS ORDERED that defendant Wyeth's motion to stay the proceedings pending transfer to the MDL is GRANTED; and

IT IS FURTHER ORDERED that plaintiffs' motion to stay transfer pending a ruling on the motion to remand is DENIED; and,

IT IS FURTHER ORDERED that pending the

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Not Reported in F.Supp.2d                                                                                    Page 2
Not Reported in F.Supp.2d, 2004 WL 1922028 (E.D.La.)
**(Cite as: 2004 WL 1922028 (E.D.La.))**

transfer, this Court defers ruling on plaintiffs' motion to remand, referring that motion to the MDL court.

Not Reported in F.Supp.2d, 2004 WL 1922028 (E.D.La.)

**Motions, Pleadings and Filings (Back to top)**

• 2004 WL 2685901 (Trial Motion, Memorandum and Affidavit) Wyeth's Memorandum in Opposition to Plaintiffs' Motion to Remand (Aug. 24, 2004)

• 2004 WL 2685887 (Trial Motion, Memorandum and Affidavit) Wyeth's Memorandum in Opposition to Plaintiffs' Motion to Stay Transfer to MDL (Aug. 12, 2004)

• 2004 WL 2685874 (Trial Motion, Memorandum and Affidavit) Memorandum in Opposition to Wyeth's Motion to Stay (Aug. 09, 2004)

• 2:04CV02116 (Docket) (Jul. 28, 2004)

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.