# TAB 12

```
              FILED
        U.S. DISTRICT COURT
       EASTERN DISTRICT OF LA

        2005 JAN -3  PM 3:58

           LORETTA G. WHYTE
                CLERK
```

MINUTE ENTRY
BARBIER, J.
JANUARY 3, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HOWARD MARK FALICK                    CIVIL ACTION

VERSUS                                NO: 04-3060

MERCK & CO., INC.                     SECTION: "J"(2)

Before the Court is Merck's **Motion to Stay all Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation.** Rec. Doc. 6. Plaintiff opposes the motion. Having considered the motion, the memoranda of counsel, and applicable law, the Court finds that defendant's motion should be granted and this matter should be stayed pending a transfer decision by the Judicial Panel on Multidistrict Litigation ("the Panel").

When deciding whether to issue a stay pending a decision by the Panel, courts look at considerations of judicial economy and

```
DATE OF ENTRY
  JAN - 4 2005
```

```
__ Fee_____
__ Process___
X  Dktd_____
_  CtRmDep__
__ Doc. No___
```

prejudice to the parties.[1] This case was filed on November 9, 2004 and discovery has not begun. The Court finds that plaintiff will not be unduly prejudiced if this matter is stayed pending a decision by the Panel. Considering the multitude of cases currently stayed due to the pending MDL coordination,[2] the Court finds that staying the proceedings will serve the interests of judicial economy. Accordingly,

**IT IS ORDERED** that Merck's **Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation** (Rec. Doc. 6) should be and hereby is **GRANTED**.

* * * * * * * * *

---

[1] *Rivers v. The Walt Disney Co.*, 980 F. Supp. 1358, 1360 (C.D. Cal. 1997).

[2] See Motion to Stay All Proceedings, Rec. Doc. 5, 5-7.

2