Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for
MERCK & CO., INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>                    Plaintiff,<br>vs.<br><br>MERCK & CO., INC.<br><br>                    Defendant | Case No. 3:06-CV-00018 (TMB) |

## NOTICE OF FILING LIST OF STATE COURT RECORDS

Pursuant to this Court's Minute Order dated January 25, 2006, Defendant Merck & Co., Inc. ("Merck") lists all Superior Court pleadings from Case No. 3AN-05-14292 CI, which Defendant previously submitted to this Court with the Notice of Removal:

- Complaint filed December 23, 2005;

- Summons and Notice to Both Parties of Judicial Assignment filed December 23, 2005;

- Jury Demand filed December 23, 2005;

- Proof of Service filed December 23, 2005;

- Motion to Appear Pro Hac Vice on Behalf of Plaintiff filed January 4, 2006;

**DORSEY &**
**WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

NOTICE OF FILING STATE COURT RECORDS                STATE OF ALASKA V. MERCK & CO., INC.
Page 1                                                                    Case No. 3:06-CV-00018 (TMB)

- Order Granting Motion to Appear Pro Hac Vice [proposed] filed January 4, 2006.

DATED this 26th day of January, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: /s/ Jahna M. Lindemuth
Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
lindemuth.jahna@dorsey.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 26th day of January, 2006, a true and correct
copy of this document was served on:

| | |
|---|---|
| James E. Fosler | W. Mark Lanier |
| Fosler Law Group, Inc. | Richard Meadow |
| 737 West Fifth Avenue, Suite 205 | Lawrence P. Wilson |
| Anchorage, Alaska 99501 | The Lanier Law Firm |
| | 6810 FM 1960 West |
| | Houston, Texas 77069 |

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

By: /s/ Jahna M. Lindemuth
Jahna M. Lindemuth, ABA #9711068
Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

NOTICE OF FILING LIST OF STATE COURT RECORDS   STATE OF ALASKA V. MERCK & CO., INC.
Page 2   Case No. 3:06-CV-00018 (TMB)