Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for
MERCK & CO., INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>                    Plaintiff,<br>vs.<br><br>MERCK & CO., INC.<br><br>                    Defendant | Case No. 3:06-CV-00018 (TMB) |

## SERVICE LIST OF PARTIES

Pursuant to this Court's Minute Order dated January 25, 2006, Defendant Merck & Co., Inc. submits the following list of counsel of record, including their address, telephone and fax numbers:

**Attorneys for Plaintiff State of Alaska**

| | |
|---|---|
| James E. Fosler, ABA #9711055<br>Fosler Law Group, Inc.<br>737 West Fifth Avenue, Suite 205<br>Anchorage, Alaska  99501<br>jfosler@foslerlawgroup.com<br>Phone:         (907)277-1557<br>Fax:             (907)277-1675 | W. Mark Lanier<br>Richard Meadow<br>Lawrence P. Wilson<br>The Lanier Law Firm<br>6810 FM 1960 West<br>Houston, Texas  77069<br>Phone:       (713)659-5200<br>Fax:           (713)659-2204 |

**DORSEY &
WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

SERVICE LIST OF PARTIES                                                 STATE OF ALASKA V. MERCK & CO., INC.
Page 1                                                                                        Case No. 3:06-CV-00018 (TMB)

**Attorneys for Defendant Merck & Co., Inc.**

Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
lindemuth.jahna@dorsey.com
Phone:    (907)257-7828
Fax:        (907)276-4152

DATED this 26th day of January, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By:    /s/ Jahna M. Lindemuth
Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
lindemuth.jahna@dorsey.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 26th day of January, 2006, a true and correct
copy of this document was served on:

| | |
|---|---|
| James E. Fosler | W. Mark Lanier |
| Fosler Law Group, Inc. | Richard Meadow |
| 737 West Fifth Avenue, Suite 205 | Lawrence P. Wilson |
| Anchorage, Alaska  99501 | The Lanier Law Firm |
| | 6810 FM 1960 West |
| | Houston, Texas  77069 |

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

By:    /s/ Jahna M. Lindemuth
Jahna M. Lindemuth, ABA #9711068
Dorsey & Whitney, LLP

**DORSEY &
WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

SERVICE LIST OF PARTIES                                          STATE OF ALASKA V. MERCK & CO., INC.
Page 2                                                                             Case No. 3:06-CV-00018 (TMB)