W. Mark Lanier
Kevin P. Parker
Richard Meadow
Lawrence P. Wilson
THE LANIER LAW FIRM[1]
6810 FM 1960 West
Houston, Texas 77069
Telephone: (713) 659-5200
Fax: (713) 659-2204

James E. Fosler
Alaska Bar No. 9711055
FOSLER LAW GROUP, INC.
737 West Fifth Ave., Suite 205
Anchorage, Alaska 99501
Telephone: (907) 277-1557
Fax: (907) 277-1657

Attorneys for STATE OF ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

STATE OF ALASKA,

Plaintiff,

vs.

MERCK & CO., INC.,

Defendant.

Case No. 3:06-CV-00018 (TMB)

**[PROPOSED] ORDER GRANTING MOTION TO REMAND**

The State of Alaska's Motion to Remand is GRANTED.

[1] *Pro hac vice* applications are being prepared for The Lanier Law Firm lawyers and will be filed shortly.

IT IS ORDERED that this case be remanded to the Superior Court for the State of Alaska, Third Judicial District at Anchorage, where is was previously assigned Case No. 3AN-05-14292 Civil.

DATED this ____ day of _____________ 2006 at Anchorage, Alaska.

_____________________________
The Honorable Timothy M. Burgess

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 31st day of January 2006 a true and correct copy of this document was served on:

Jahna M. Lindemuth
Dorsey & Whitney, LLC
1030 West Fourth Ave., Suite 600
Anchorage, AK 99501

by electronic means through the ECF system, as indicated on the Notice of Electronic Filing, or, if not confirmed by ECF, by first class regular mail.

By: /s/ James E. Fosler
James E. Fosler, ABA #9711055
Fosler Law Group, Inc.