W. Mark Lanier
Kevin P. Parker
Richard Meadow
Lawrence P. Wilson
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, Texas 77069
Telephone:  (713) 659-5200
Fax:  (713) 659-2204

James E. Fosler
Alaska Bar No. 9711055
FOSLER LAW GROUP, INC.
737 West Fifth Ave., Suite 205
Anchorage, Alaska  99501
Telephone: (907) 277-1557
Fax: (907) 277-1657

Attorneys for STATE OF ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MERCK & CO., INC., ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:06-CV-00018 (TMB) |

**[PROPOSED] ORDER DENYING MOTION TO STAY**

   IT IS ORDERED that Merck's Motion to Stay is DENYED.

/ / / /

DATED this ____ day of _____ 2006 at Anchorage, Alaska.

                                                                                                              The Honorable Timothy M. Burgess

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3st day of February 2006 a true and correct copy of this document was served on:

Jahna M. Lindemuth
Dorsey & Whitney, LLC
1030 West Fourth Ave., Suite 600
Anchorage, AK 99501

by electronic means through the ECF system, as indicated on the Notice of Electronic Filing, or, if not confirmed by ECF, by first class regular mail.

By:   /s/ James E. Fosler
James E. Fosler, ABA #9711055
Fosler Law Group, Inc.