# APPENDIX OF UNPUBLISHED CASES

APPENDIX NO.

*Jackson v. Johnson & Johnson, Inc.*, No. 01-2113 DA, 2001 WL 34048067,
at *6 (W.D. Tenn. Apr. 3, 2001). ..................................................................................A

*Purcell v. Merck & Co., Inc. et al.,* No. 05-443-L(BLM), slip op. at 4-5
(S.D. Cal. June 6, 2005)................................................................................................B

*Lame Bull v. Merck & Co.*, No. 05-2465, 2006 WL 194277, at *
2 (E.D. Cal. Jan. 24, 2006)............................................................................................C

*McCrerey v. Merck & Co.*, No. 04-1576 WQH(WMc), slip op. at 4-5
(S.D. Cal. March 5, 2005).............................................................................................D

*Wright v. Merck & Co., Inc.*, No. 04-3037-PHX-SRB (D. Ariz. Jan. 28, 2005) ......................... E

*Knearem v. Bayer Corp.,* Civil Action No. 02-2096-CM, 2002 WL 1173551, at *1
(D. Kan. May 7, 2002) ................................................................................................. F

*Parisi v. Marsh & McLennan Cos., Inc.,* No. Civ.A. 04-2091-KHV, 2004 WL 1534181,
at *1 (D. Kan. Apr. 6, 2004) .........................................................................................G

*Michael v. Warner-Lambert Co.,* Case No. 03cv1978 DMS(RBB), 2003 U.S. Dist. LEXIS
21525, at *3-4 (S.D. Cal. Nov. 20, 2003) .....................................................................H

*Benjamin v. Bayer Corp.*, Civil Action No. 02-0886 Section: "R", 2002 U.S. Dist.
LEXIS 9157, at *5 (E.D. La. May 16, 2002)................................................................. I