## TABLE OF EXHIBITS

| **Description** | **Exhibit Number** |
|---|---|
| Tag Along Letter to JPMDL dated Jan. 20, 2006 | 1 |
| Conditional Transfer Order (CTO-40) In re Vioxx Litigation (Docket No. 1657) | 2 |
| Order Granting Defendant's Motion to Stay Proceedings in *State of Alaska Dept. of Rev. v. J. P. Morgan Chase & Co.*, No. J04-0026 CV, (D. Ak. Dec. 13, 2004) | 3 |
| Order Granting Defendant's Motion to Stay Proceedings in *Alaska Permanent Capital Management Co. v. Citigroup, Inc.*, No. J03-0016 CV, (D. Ak. Oct. 7, 2003) | 4 |
| Order Granting Stay in *Alaska Electrical Pension Fund v. Citigroup, Inc.*, No. J03-0014 CV, (D. Ak. Sept. 19, 2003) | 5 |
| Order Granting Motion to Stay, *State of Alaska Dept. of Revenue v. Citigroup, Inc.*, No. A03-0099 CV (D. Ak. June 20, 2003) | 6 |
| Petition and Docket, *Foti v. Merck & Co., Inc.*, No. 05-3700 (MDL No. 1657, E.D. La.) | 7 |
| Petitioners' Motion to Remand, *Foti v. Merck & Co., Inc.*, No. 05-3700 (MDL No. 1657, E.D. La.) (w/o exhibits) | 8 |
| Merk's Opposition to Motion to Remand, *Foti v. Merck & Co., Inc.*, No. 05-3700 (MDL No. 1657, E.D. La.) (w/o exhibits) | 9 |
| Petition and Conditional Transfer Order, *Hood, ex rel. v. Merck & Co., Inc.*, No. 05-6755 (MDL No. 1657, E.D. La.) | 10 |
| Motion to Remand, *Hood, ex rel. v. Merck & Co., Inc.*, No. 05-6755 (MDL No. 1657, E.D. La.) (w/o exhibits). | 11 |
| Opposition to Motion to Remand, *Hood, ex rel. v. Merck & Co., Inc.*, No. 05-6755 (MDL No. 1657, E.D. La.) (w/o exhibits) | 12 |
| Letter dated March 21, 2005 from JPML to Hinojosa | 13 |
| Transcript of June 23, 2005 Status Conference | 14 |