# EXHIBIT 1

# Hughes Hubbard & Reed LLP

One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726

January 20, 2006

<u>VIA FEDERAL EXPRESS</u>

Michael J. Beck, Esq.
Catherine Maida
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E. Room G-255, North Lobby
Washington, D.C. 20002-8004

    Re:    <u>In Re Vioxx® Marketing, Sales Practices and Products Liability Litigation, MDL Docket No. 1657</u>

Dear Sir and Madam:

    Pursuant to J.P.M.L. Rule 7.5(e), Merck hereby notifies the Panel of potential "tag-along actions." This letter is Merck's ninety-seventh notification of potential "tag-along actions" and includes cases that have recently been filed in or removed to federal court. Courtesy copies of the complaints and docket sheets for these cases are enclosed.

1. *State of Alaska v. Merck & Co., Inc.* (D. Alaska)
2. *Richardson v. Merck & Co., Inc.*, C.A. No. 5:06-cv-05008 (W.D. Ark.)
3. *Davis v. Merck & Co., Inc.*, C.A. No. 1:06-cv-00112 (D. Md.)
4. *Grant et al., v. Merck & Co., Inc.*, C.A. No. 1:06-cv-00111 (D. Md.)
5. *Cranston v. Merck & Co., Inc.*, C.A. No. 1:06-cv-10068 (D. Mass.)
6. *Rappa v. Merck & Co., Inc.*, C.A. No. 0:06-cv-00270 (D. Minn.)
7. *Vaughn v. Merck & Co., Inc.*, C.A. No. 0:06-cv-00219 (D. Minn.)
8. *Ventrano et al., v. Merck & Co., Inc.*, C.A. No. 1:06-cv-00125 (E.D. N.Y.)
9. *Tripp v. Merck & Co., Inc.*, C.A. No. 1:06-cv-00255 (S.D. N.Y.)
10. *Hofmann v. Merck & Co., Inc. et al.*, C.A. No. 6:06-cv-06032 (W.D. N.Y.)
11. *Johnson et al., v. Merck & Co., Inc. et al.*, C.A. No. 6:06-cv-06033 (W.D. N.Y.)
12. *Scarlata et al., v. Merck & Co., Inc. et al.*, C.A. No. 6:06-cv-06030 (W.D. N.Y.)
13. *Schiedel v. Merck & Co., Inc. et al.*, C.A. No. 6:06-cv-06031 (W.D. N.Y.)
14. *Vreeland et al., v. Merck & Co., Inc.*, C.A. No. 4:05-cv-00588 (N.D. Okla.)
15. *Amsden v. Merck & Co., Inc.*, C.A. No. 2:06-cv-00017 (E.D. Wash.)
16. *Schmitt et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-00064 (E.D. Wis.)

EXHIBIT 1
Page 1 of 2

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

101 Hudson Street
Jersey City, New Jersey
07302-3918
201-536-9220

Hughes Hubbard & Reed LLP

There are three new cases filed in the transferee court.

1. *Coleman v. Merck & Co., Inc.*, C.A. No. 2:05-cv-06681 (E.D. La.)
2. *Davis v. Merck & Co., Inc.*, C.A. No. 2:05-cv-06683 (E.D. La.)
3. *Nakazawa v. Merck & Co., Inc. et al.*, C.A. No. 2:05-06688 (E.D. La.)

Respectfully submitted,

*[signature]*

Leslie M. Ballantyne

LMB/eaa

Enclosures

EXHIBIT 1
Page 2 of 2

Hughes Hubbard & Reed LLP