EXHIBIT 3

Cc: RCB ✔

# RECEIVED

DEC 17 2004

DORSEY & WHITNEY L.L.P.
ANCHORAGE

# FILED

DEC 14 2004

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deput

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DOCKETED

---

STATE OF ALASKA DEPT. OF
REVENUE, et al.,

        Plaintiffs,

vs.

J.P. MORGAN CHASE & CO., et
al.,

        Defendants.

---

Case No. J04-0026 CV (RRB)

**ORDER GRANTING DEFENDANTS'
MOTION TO STAY PROCEEDINGS**

---

On September 29, 2004, Plaintiffs State of Alaska
Department of Revenue and Alaska State Pension Investment Board
("Plaintiffs") filed a Complaint against J.P. Morgan Chase & Co.
and J.P. Morgan Securities, Inc. (hereinafter collectively referred
to as the "J.P. Morgan Defendants"), "investment banks that
underwrote the sale of two billion dollars of WorldCom bonds
pursuant to a December 2000 bond offering."[1]  The Complaint was
filed "in the Superior Court of the State of Alaska, First Judicial
District at Juneau, entitled State of Alaska Department of Revenue,

---

[1]    Clerk's Docket No. 11 at 2.

ORDER GRANTING MOTION TO STAY - 1
J04-0026 CV (RRB)

EXHIBIT 3
Page 1 of 3

23

<u>et al. v. J.P. Morgan Chase & Co., Inc., et al.</u>, Case: 1JU-04-814 CI (the "Action")."[2]

On October 26, 2004, the J.P. Morgan Defendants removed "this Action from the Superior Court of the State of Alaska, First Judicial District at Juneau, to [this] Court, pursuant to 28 U.S.C. § 1452."[3] Within the Notice of Removal (Docket No. 1), the J.P. Morgan Defendants informed the Court that they,

> [I]ntend to request the MDL Panel[, i.e., the Judicial Panel on Multidistrict Litigation], pursuant to 28 U.S.C. § 1407, [to] transfer this Action to the Southern District of New York, for coordinated or consolidated pretrial proceedings established by the MDL Panel.[4]

Consequently, on November 1, 2004, the J.P. Morgan Defendants filed a Motion to Stay Proceedings Pending Determination of the MDL Panel (Docket No. 8); wherein, the J.P. Morgan Defendants have requested a stay with respect to all proceedings in this Action, until 30 days after the MDL Panel rules on their request for transfer.[5]

Having fully considered the request and all appurtenant documents pertaining thereto, the J.P. Morgan Defendants' Motion to Stay Proceedings (Docket No. 8) until thirty (30) days after the

---

[2]    Clerk's Docket No. 1 at 1 (citation omitted).

[3]    <u>Id.</u>

[4]    <u>Id.</u> at 10-11.

[5]    Clerk's Docket No. 8 at 1.

EXHIBIT 3
Page 2 of 3

MDL Panel determines whether this Action should be transferred is hereby **GRANTED**.[6] As a consequence, the Court **FURTHER ORDERS** that all proceedings in this action be, and are hereby, stayed until this action is either transferred to the United States District Court for the Southern District of New York as part of the "Consolidated WorldCom Proceedings," or until the Judicial Panel on Multi-District Litigation declines to transfer the action, or until further order of this Court.[7]

ENTERED at Anchorage, Alaska, this \13 day of December, 2004.

RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[6]    Although not authoritative, the Court is particularly persuaded by N.M. State Inv. Council v. Alexander and the Memorandum Opinion and Order drafted by the Chief Judge of the District of New Mexico. Clerk's Docket No. 8, Ex. 90. More to the point, the Court concludes "a brief stay is appropriate to further the interests of judicial economy and to avoid inconsistent rulings." Id., Ex. 90 at 9.

[7]    As a result of this ruling, Plaintiff's request for oral argument on Defendants' Motion to Stay Proceedings (Docket No. 15) is hereby **DENIED** as moot.

PD 12/14/04

J04-0026--CV (RRB)
--------------------------------------
M. BARNHILL (AAG JUNEAU)
R. BUNDY (DORSEY)

EXHIBIT    3
Page    3    of    3