EXHIBIT 4

FILED

OCT 0 7 2003

~TED STATES DISTRICT COUR═══
DISTRICT OF ALASKA

Bv        _por_

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DOCKETED

RECEIVED

OCT 0 8 2003

DORSEY & WHITNEY L.L.P.
ANCHORAGE

ALASKA PERMANENT CAPITAL
MANAGEMENT COMPANY,

        Plaintiff,

vs.

CITIGROUP, INC., et al.,

        Defendants.

Case No. J03-0016 CV (RRB)

**ORDER GRANTING DEFENDANTS'
MOTION TO STAY PROCEEDINGS**

    On July 23, 2003, Plaintiff Alaska Permanent Capital
Management Company ("Plaintiff") filed a securities suit, "against
a number of investment/commercial banks . . . which acted as
underwriters in the sale of several billion dollars of WorldCom,
Inc. . . . bonds,"[1] "in the Superior Court of the State of Alaska,
First Judicial District at Juneau, entitled _Alaska Permanent
Capital Management Company v. Citigroup, Inc., et al.,_ Case
[Number]: 1JU-03-574 CI (the "Action")."[2]

---

    [1]  Clerk's Docket No. 11 at 1.

    [2]  Clerk's Docket No. 1 at 2.

EXHIBIT   4
Page  1  of  3

ORDER GRANTING MOTION TO STAY - 1
J03-0016 CV (RRB)

26

On July 24, 2003, Defendants Citigroup, Inc., Citigroup Global Markets, Inc. (f/k/a Salomon Smith Barney, Inc.), J.P. Morgan Chase & Co., J.P. Morgan Securities, Inc., Bank of America Corp., Banc of America Securities LLC, ABN AMRO, Inc., Deutsche Bank AG, Deutsche Bank Securities, Inc. (f/k/a Deutsche Banc Alex. Brown, Inc.), Citigroup, Inc., Lehman Brothers Holding, Inc., Goldman Sachs Group, Inc., UBS Warburg LLC, and Utendahl Capital Partners, L.P. (hereinafter collectively referred to as "Defendants") removed "this Action from the Superior Court of the State of Alaska, First Judicial District at Juneau, to [this] . . . Court[,] pursuant to 28 U.S.C. § 1452."[3]  Within the Notice of Removal, Defendants informed the Court that they:

> intend[ed] to request the Judicial Panel on Multidistrict Litigation (the "MDL Panel"), pursuant to 28 U.S.C. § 1407, to transfer this Action to the Southern District of New York, for coordinated or consolidated pretrial proceedings established by the MDL Panel.[4]

Consequently, on September 5, 2003, Defendants filed a Motion to Stay Proceedings Pending Determination of the MDL Panel (Docket No. 13), wherein Defendants moved to stay _all_ proceedings in this Action until 30 days after the MDL Panel decided whether to grant their request for transfer.[5]

---

[3]  _Id._

[4]  _Id._ at 4-5.

[5]  Clerk's Docket No. 13 at 1.

EXHIBIT  4
Page  2  of  3

ORDER GRANTING MOTION TO STAY - 2
J03-0016 CV (RRB)

On September 23, 2003, the Court received a copy of a Conditional Transfer Order entered on September 17, 2003, by the MDL Panel in <u>In re WorldCom, Inc. Securities & "ERISA" Litigation</u>, MDL Docket No. 1487, which <u>conditionally</u> transferred this Action to the Southern District of New York, pursuant to 28 U.S.C. § 1407. Therefore, Defendants' motion to stay <u>all</u> proceedings in this case, is hereby **GRANTED**.

As a result, Plaintiff's Request for Oral Argument on Defendants' Motion to Stay Proceedings (Docket No. 22) is **DENIED** as moot.

Should the transfer of this case ultimately be rejected by the Southern District of New York and remanded to the District of Alaska, the parties are to notify this Court of such action within ten (10) days of its occurrence.

ENTERED at Anchorage, Alaska, this 7 day of October, 2003.

RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

MAILED ON    10-7-03

BY    pRR

J03-0016--CV (RRB)
----------------------------------------------------
R. WINNER
C. FLYNN (BURR)
R. BUNDY (DORSEY)

EXHIBIT    4
Page    3    of    3

ORDER GRANTING MOTION TO STAY - 3
J03-0016 CV (RRB)