EXHIBIT 5

FILED

SEP 1 9 2003

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By _____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DOCKETED

RECEIVED

SEP 2 2 2003

DORSEY & WHITNEY L.L.P.
ANCHORAGE

```
ALASKA ELECTRICAL PENSION
FUND,

          Plaintiff,

vs.

CITIGROUP, INC., et al.,

          Defendants.
```

Case No. J03-0014 CV (RRB)

**ORDER GRANTING STAY**

On June 27, 2003, Plaintiff Alaska Electrical Pension
Fund ("Plaintiff") filed a securities suit "against a number of
investment/commercial banks . . . which acted as underwriters in
the sale of several billion dollars of WorldCom, Inc. ("WorldCom")
bonds,"[1] "in the Superior Court of the State of Alaska, First
Judicial District at Juneau, entitled Alaska Electrical Pension
Fund v. Citibank Group, Inc., et al., Case No.: 1JU-03-505 CI (the
"Action")."[2]

---

[1] Clerk's Docket No. 14 at 1.

[2] Clerk's Docket No. 1 at 2.

EXHIBIT ___5___
Page __1__ of __3__

ORDER GRANTING STAY - 1
J03-0014 CV (RRB)

On July 24, 2003, Defendants Citigroup Global Markets, Inc. (f/k/a Salomon Smith Barney, Inc.), J.P. Morgan Securities, Inc., Banc of America Securities LLC, ABN AMRO, Inc., Deutsche Bank Securities, Inc. (f/k/a Deutsche Banc Alex. Brown, Inc.), Citigroup, Inc., J.P. Morgan Chase & Co., and Bank of America Corp. (hereinafter collectively referred to as "Defendants") removed "this Action from the Superior Court of the State of Alaska, First Judicial District at Juneau, to [this] Court pursuant to 28 U.S.C. § 1452."[3] Within the Notice of Removal, Defendants informed the Court that they

> intend[ed] to request the Judicial Panel on Multidistrict Litigation (the "MDL Panel"), pursuant to 28 U.S.C. § 1407, to transfer this Action to the Southern District of New York, for coordinated or consolidated pretrial proceedings established by the MDL Panel.[4]

On August 6, 2003, Defendants filed a Motion to Stay Proceedings Pending Determination of the MDL Panel (Docket No. 13); wherein Defendants moved to stay all proceedings in this Action until 30 days after the MDL Panel ruled on their request for transfer.[5]

On September 4, 2003, Defendants notified "the Court of the Conditional Transfer Order entered on September 3, 2003, by the

---

[3] Id.

[4] Id. at 5.

[5] Clerk's Docket No. 13 at 1.

EXHIBIT    5
Page    2    of    3

ORDER GRANTING STAY - 2
J03-0014 CV (RRB)

[MDL Panel] in In re WorldCom, Inc. Securities & ERISA Litigation, MDL Docket No. 1487,"[6] which conditionally transferred this Action to the Southern District of New York, pursuant to 28 U.S.C. § 1407.[7] Therefore, Defendants' motion to stay all proceedings in this case is hereby **GRANTED**.

As a result, Plaintiff's Request for Oral Argument on Defendants' Motion to Stay Proceedings (Docket No. 19) is hereby **DENIED** as moot.

As this case has been conditionally transferred, should it ultimately be rejected by the Southern District of New York and/or remanded to the District of Alaska, the parties are to notice this Court of such action within ten (10) days of the same.

ENTERED at Anchorage, Alaska, this **19** day of September, 2003.

RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

MAILED ON _____ 9-19-03

BY _____ pee

---

[6]  Clerk's Docket No. 24 at 2 (footnote omitted).

[7]  Id., Ex. A.

ORDER GRANTING STAY - 3
J03-0014 CV (RRB)

EXHIBIT ___5___
Page _3_ of _3_

J03-0014--CV (RRB)
----------------------------------------------------
R. WINNER
R. BUNDY (DORSEY)
E. Lauer