EXHIBIT 6

RECEIVED

JUN 2 4 2003

DORSEY & WHITNEY L.L.P.
ANCHORAGE

FILED

JUN 2 3 2003

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By _____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DOCKETED

| | |
|---|---|
| STATE OF ALASKA DEPARTMENT OF REVENUE and ALASKA STATE PENSION INVESTMENT BOARD,<br><br>       Plaintiffs,<br><br>vs.<br><br>CITIGROUP, INC., et al.,<br><br>       Defendants. | Case No. A03-0099 CV (RRB)<br><br><br>**ORDER GRANTING MOTION TO STAY** |

On April 21, 2003, Plaintiffs State of Alaska Department of Revenue and Alaska State Pension Investment Board filed a securities suit "against 17 investment/commercial banks which acted as underwriters in the sale of several billion dollars of WorldCom, Inc. ("WorldCom") bonds"[1] in the Superior Court of the State of Alaska, First Judicial District at Juneau, entitled <u>Alaska</u>

---

[1] Clerk's Docket No. 11, at 1.

ORDER GRANTING MOTION TO STAY - 1
A03-0099 CV (RRB)

EXHIBIT ___6___
Page __1__ of _4_

18

<u>Department of Revenue, et al. v. Citibank Group, Inc., et al.</u>, Case No. 1JU-03-300 CI.[2]

On May 2, 2003, Defendants Citigroup Inc., Salomon Smith Barney Inc., J.P. Morgan Chase & Co., Bank of America Corp., Banc of America Securities LLC, ABN AMRO Inc., Deutsche Bank AG, Deutsche Banc Alex., Brown Inc., Lehman Brothers Holdings Inc., Lehman Brothers Inc., Credit Suisse Group, Credit Suisse First Boston Corp., Goldman Sachs Group Inc., Goldman Sachs & Co., UBS Warburg LLC, NationsBanc Montgomery Securities, LLC, and Arthur Andersen LLP removed this action from the Superior Court of the State of Alaska, First Judicial District at Juneau, to this Court pursuant to 28 U.S.C. § 1452.[3]  Within the Notice of Removal, Defendants informed the Court that they

> intend[ed] to request the Judicial Panel of Multidistrict Litigation (the "MDL Panel"), pursuant to 28 U.S.C. § 1407, to transfer this [a]ction to the Southern District of New York, for coordinated or consolidated pretrial proceedings established by the MDL Panel.[4]

Consequently, on May 8, 2003, Defendants filed a Motion to Stay Proceedings Pending Determination of the Multidistrict Litigation

---

[2]  Clerk's Docket No. 1, Ex. A.

[3]  Clerk's Docket No. 1.

[4]  <u>Id.</u> at 3.

EXHIBIT ___6___
Page __2__ of _4_

Panel, wherein Defendants moved to stay all proceedings in this action until the MDL Panel ruled on their request for transfer.[5]

On May 23, 2003, Plaintiffs filed a Motion to Remand or Abstain, wherein they moved to remand this action to the Alaska Superior Court, pursuant to 28 U.S.C. § 1452(b), or for this Court to abstain from hearing this action, pursuant to 28 U.S.C. § 1334(c).[6]

On May 30, 2003, in a letter addressed to U.S. District Judge Denise Cote, Southern District of New York,[7]

> the MDL Panel identified this action as a 'tag along' case in *In re WorldCom, Inc., Securities & ERISA Litigation*, MDL Docket No. 1487, and conditionally transferred it to the Southern District of New York, pursuant to 28 U.S.C. § 1407.[8]

Consequently, Defendants' motion to stay all proceedings in this case is hereby **GRANTED**.

As this case has been conditionally transferred, should it ultimately be rejected by the Southern District of New York

---

[5]  Clerk's Docket No. 7.

[6]  Clerk's Docket No. 11.

[7]  Clerk's Docket No. 14, Ex. G.

[8]  Clerk's Docket No. 7, Ex. 19, at 2 (emphasis added).

EXHIBIT   6
Page   3   of   4

and/or remanded to the District of Alaska, the parties are to notice this Court of such action within ten (10) days of the same.

ENTERED at Anchorage, Alaska, this 20 day of June, 2003.

RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

A03-0099--CV (RRB)

M. BARNHILL
R. BUNDY (DORSEY)

EXHIBIT 6
Page 4 of 4

MAILED ON 6/23/03

BY

ORDER GRANTING MOTION TO STAY - 4
A03-0099 CV (RRB)