# EXHIBIT 8

Case 2:05-md-01657-EEF-DEK   Document 1044-1   Filed 10/11/2005   Page 1 of 3



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  OCT 11 2005

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES C. FOTI, JR., ET AL. | *   CIVIL ACTION |
| VERSUS | *   NO. 05-3700 |
| MERCK & CO., INC. | *   SECTION "L" |
| | *   JUDGE FALLON |
| | *   MAGISTRATE KNOWLES |

### PETITIONERS' MOTION TO REMAND

NOW COME Petitioners, CHARLES C. FOTI, JR., a person of the full age of majority, and who currently holds the position of Attorney General for the State of Louisiana, as *parens patriae* on behalf of the State of Louisiana and its citizens, THE STATE OF LOUISIANA (the "State"), and the LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS ("DHH") (hereinafter sometimes referred to collectively as "Petitioners") and, pursuant to 28 U.S.C. § 1447, respectfully move that this Court remand this action to the Civil District Court for the Parish of Orleans, State of Louisiana, on the grounds and for the reasons set forth in the accompanying Memorandum In Support of Motion to Remand.

This motion is timely. Although it is being submitted more than 30 days from the date on which Defendant removed the action, the remand deadline was extended by Order of the Eastern

EXHIBIT 8
Page 1 of 3

District of Louisiana's Chief Judge Berrigan due to the Hurricane Katrina disaster–which disaster directly prevented undersigned counsel from filing this motion sooner.

WHEREFORE, Petitioners pray that the matter be remanded to the Civil District Court for the Parish of Orleans, State of Louisiana, at the cost of Defendants.

Respectfully submitted, this 11th day of October, 2005,

DUGAN & BROWNE, a P.L.C.

_____
JAMES R. DUGAN, II, T.A. (Bar No. 24785)
DAVID L. BROWNE (Bar No. 20729)
DOUGLAS R. PLYMALE (Bar No. 28409)
1181 West Tunnel Boulevard - Suite A
Houma, Louisiana 70360
Telephone: (985) 580-4573
Facsimile: (985) 873-9534

Special Assistant Attorneys General for the State of Louisiana and Counsel for Petitioners

**CHARLES C. FOTI, JR.**
**Attorney General**

TINA VICARI GRANT
Assistant Attorney General
LOUISIANA DEPARTMENT OF JUSTICE
1885 North Third Street - 6th Floor
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6020
Facsimile: (225) 326-6096

**LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS**

FRANCISCO H. PEREZ
General Counsel
P.O. Box 3836
Baton Rouge, Louisiana 70821
Telephone: (225) 342-1188
Facsimile: (225) 342-2232

EXHIBIT 8
Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Petitioners' Motion to Remand has this day been served on all counsel of record by hand, by facsimile, or by depositing same into the United States Mail, postage pre-paid, and properly addressed, this 11th day of October, 2005.

_____

C:\Documents and Settings\David L. Browne\My Documents\DUGAN & BROWNE\Vioxx AG\pleadings\pleading.003.motion.remand.wpd

EXHIBIT __8__
Page __3__ of __3__