# EXHIBIT 10

SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, NJ 07102
973-639-9100
Attorneys for Plaintiffs

RECEIVED AND
FILED

AUG 18 2005

ATLANTIC COUNTY

IN THE SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, ATLANTIC COUNTY

JAMES ALLEN HOOD and
JUDY ANN HOOD,

    Plaintiffs,

v.

MERCK & CO., INC.,

    Defendant.

No.: ATL-L- 4841-05 MT

VIOXX LITIGATION

Case Code Number: 619

**ABBREVIATED SHORT FORM COMPLAINT FOR VIOXX LITIGATION**

JURY TRIAL DEMANDED

## ABBREVIATED INDIVIDUAL COMPLAINT FOR VIOXX LITIGATION AND ADOPTION BY REFERENCE

1. Plaintiffs for their claims against the Defendant state and allege as follows and incorporate by reference the relevant portions of the Master Complaint on file entitled: In Re: Vioxx Litigation Case Code Number 619, now pending in the Superior Court of New Jersey, Law Division, Atlantic County before the Honorable Carol E. Higbee, J.S.C.

    Plaintiffs select and indicate by checking off the appropriate boxes, those claims that are specific to their case. Where claims require, pursuant to New Jersey law, specific pleading or case specific facts and individual information, plaintiffs shall add and include them herein.

EXHIBIT 10
Page 1 of 13

2. Plaintiff, James Allen Hood (hereinafter referred to as "Plaintiff"), is an individual who resides at 103A Rodelia Street, Thomasville, North Carolina, 27360.

2A. On or about February 20, 2004, Plaintiff suffered the following injury as a result of ingesting Vioxx: Heart Attack.

2B. Plaintiff brings this action:

__X__ on behalf of himself.

_____ as the representative of _____.

_____ as the parent and natural guardian ad litem of _____, a minor born on _____.

_____ as Administrator of the Estate of Plaintiff's _____ (hereinafter "Decedent", see Letters of Administration annexed hereto as Exhibit A), who died on _____.

2C. Plaintiff claims damages as a result of:

__X__    Personal Injury to himself

_____   Wrongful Death

_____   Survival Action

__X__    Loss of Consortium (per quod)

__X__    Loss of Services

__X__    Economic Loss

3. Plaintiff purchased and/or otherwise obtained Vioxx, which Plaintiff ingested from 1999 until March 2003.

EXHIBIT 10
Page 2 of 13

M003801827

4.   Plaintiff's spouse, Judy Ann Hood, (hereinafter referred to as "Spouse") is an adult individual residing at 103A Rodelia Street, Thomasville, in the state of North Carolina, and claims damages as a result of:

   __X__   Loss of Consortium, date of marriage <u>October 3, 1978</u>.

   _____   Wrongful Death, date of death _____.

5.   The following claims asserted in the Master Complaint and the allegations with regard thereto in the Master Complaint are herein adopted by reference:

__X__   Count I:   Product Liability – Defective Design (New Jersey Products Liability Act – N.J.S.A. 2A:58C-1 et seq.)

__X__   Count II:   Product Liability- Failure to Warn (New Jersey Products Liability Act - N.J.S.A. 2A:58C-1 et seq.)

__X__   Count III:   NJ Consumer Fraud Act (N.J.S.A. 56:8-1 et. seq.)

__X__   Count IV:   Breach of Express Warranty

__X__   Count V:   Punitive Damages Under Common Law & Products Liability Act (N.J.S.A. 2A:C-1)

_____   Count VI:   Wrongful Death

_____   Count VII:   Survival Action

__X__   Count VIII:   Loss of Consortium

Plaintiff asserts the following additional theories of recovery against Merck & Co., Inc.: N/A

* If you include additional claims against entity(ies) other than Merck & Co., Inc., the facts supporting this count must be specifically pled by the plaintiff and the defendants

EXHIBIT __10__
Page __3__ of __13__

M003801828

against who they are alleged must be identified on a separate sheet of paper attached to the Complaint.

\* If you have included any additional theories of recovery, to the extent they require specificity in pleadings, the specific facts and allegations supporting these theories must be pleaded by the plaintiff in a manner complying with the requirements of the New Jersey Rules of Court.

## DEMAND FOR JURY TRIAL

Demand is hereby made for a trial by jury.

_____
Christopher A. Seeger, Esq.
David R. Buchanan, Esq.
Seeger Weiss LLP
550 Broad Street, Suite 920
Newark, NJ 07102
973-639-9100

CO-COUNSEL:

Frederick L. Berry (N.C. State Bar # 9696)
Vance Barron, Jr. (N.C. State Bar # 5499)
BARRON & BERRY, L.L.P.
301 South Greene St., Suite 310
Post Office Box 2370
Greensboro, NC 27402
Telephone: (336) 274-4782
Facsimile: (336) 379-8592

Dated: August 17, 2005

EXHIBIT   10
Page   4   of   13

## CERTIFICATION PURSUANT TO RULE 4:5-1

Plaintiff upon information and belief is not aware of any pending or contemplated action. Further, upon information and belief, she/he is not aware of any other party who should be joined in this action.

_____
Christopher A. Seeger, Esq.
David R. Buchanan, Esq.
Seeger Weiss LLP
550 Broad Street, Suite 920
Newark, NJ 07102
973-639-9100

CO-COUNSEL:

Frederick L. Berry (N.C. State Bar # 9696)
Vance Barron, Jr. (N.C. State Bar # 5499)
BARRON & BERRY, L.L.P.
301 South Greene St., Suite 310
Post Office Box 2370
Greensboro, NC 27402
Telephone: (336) 274-4782
Facsimile: (336) 379-8592

Dated: August 17, 2005

EXHIBIT 10
Page 5 of 13

M003801830

## DESIGNATION OF TRIAL COUNSEL

Pursuant to R. 4:25-4, Christopher A Seeger, is hereby designated as trial counsel in this matter.

_____
Christopher A. Seeger, Esq.
David R. Buchanan, Esq.
Seeger Weiss LLP
550 Broad Street, Suite 920
Newark, NJ 07102
973-639-9100

CO-COUNSEL:

Frederick L. Berry (N.C. State Bar # 9696)
Vance Barron, Jr. (N.C. State Bar # 5499)
BARRON & BERRY, L.L.P.
301 South Greene St., Suite 310
Post Office Box 2370
Greensboro, NC 27402
Telephone: (336) 274-4782
Facsimile: (336) 379-8592

Dated: August 17, 2005

EXHIBIT 10
Page 6 of 13

M003801831

**CERTIFICATION OF NOTICE**

Pursuant to N.J.S.A., 56:8-20, Plaintiff is mailing a copy of this Complaint and Jury Demand to the Office of Attorney General, Cn-006, Trenton, New Jersey, within (10) days of the filing of this Complaint and Jury Demand.

_____
Christopher A. Seeger, Esq.
David R. Buchanan, Esq.
Seeger Weiss LLP
550 Broad Street, Suite 920
Newark, NJ 07102
973-639-9100

CO-COUNSEL:

Frederick L. Berry (N.C. State Bar # 9696)
Vance Barron, Jr. (N.C. State Bar # 5499)
BARRON & BERRY, L.L.P.
301 South Greene St., Suite 310
Post Office Box 2370
Greensboro, NC 27402
Telephone: (336) 274-4782
Facsimile: (336) 379-8592

Dated: August 17, 2005

EXHIBIT 10
Page 7 of 13

M003801832

**A CERTIFIED TRUE COPY**
DEC 22 2005
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 DEC 23 AM 11: 21
LORETTA G. WHYTE
CLERK

DOCKET NO. 1657

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
DEC - 6 2005
FILED
CLERK'S OFFICE

Dec 28 2005
4:30PM

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-34)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,517 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
DEC 22 2005
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee ___
___ Process ___
_X_ Dktd ___
_✓_ CtRmDep ___
___ Doc. No. ___

EXHIBIT  10
Page  8  of  13

PAGE 1 of 5

## SCHEDULE CTO-34 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA SOUTHERN** | | |
| ALS 1 05-626 | Bettie Cassel v. Merck & Co., Inc. | 05-6692 |
| **ARKANSAS WESTERN** | | |
| ARW 6 05-6078 | John Gray, etc. v. Merck & Co., Inc. | 05-6693 |
| **ARIZONA** | | |
| AZ 3 05-3600 | Thomas Bruno v. Merck & Co., Inc. | 05-6694 |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 05-7910 | Miron A. Costin, et al. v. Merck & Co., Inc. | 05-6695 |
| **CALIFORNIA EASTERN** | | |
| CAE 2 05-2199 | Bryce Reeve v. Merck & Co., Inc. | 05-6696 |
| CAE 2 05-2203 | Clara Puma v. Merck & Co., Inc., et al. | 05-6697 |
| ~~CAE 2 05-2218~~ | ~~Vance Skillsky v. Merck & Co., Inc., et al.~~ Opposed 12/20/05 | |
| ~~CAE 2 05-2267~~ | ~~Clayton Welch v. Merck & Co., Inc., et al.~~ Opposed 12/20/05 | |
| **CALIFORNIA NORTHERN** | | |
| CAN 3 05-4718 | Elvira Casale v. Merck & Co., Inc., et al. | 05-6798 |
| **CONNECTICUT** | | |
| CT 3 05-1643 | Robert Macher v. Merck & Co., Inc. | 05-6699 |
| **FLORIDA MIDDLE** | | |
| FLM 3 05-1143 | Dolores Anderson v. Merck & Co., Inc. | 05-6700 |
| FLM 3 05-1144 | Truett George, et al. v. Merck & Co., Inc., et al. | 05-6701 |
| FLM 3 05-1145 | Laura Dellamonica v. Merck & Co., Inc. | 05-6702 |
| FLM 3 05-1147 | Marcia Pitts v. Merck & Co., Inc. | 05-6703 |
| FLM 5 05-469 | Edwin Linhart v. Merck & Co., Inc., et al. | 05-6704 |
| FLM 8 05-2109 | Warren Monberg v. Merck & Co., Inc., et al. | 05-6705 |
| FLM 8 05-2116 | Thomas Cesarski v. Merck & Co. Inc., et al. | 05-6706 |
| FLM 8 05-2117 | Albert Hassan v. Merck & Co., Inc., et al. | 05-6707 |
| FLM 8 05-2118 | Ronald Timpanaro v. Merck & Co., Inc., et al. | 05-6708 |
| **FLORIDA SOUTHERN** | | |
| FLS 0 05-61705 | Thomas Schulkind, et al. v. Merck & Co., Inc. | 05-6709 |
| FLS 1 05-22878 | Roxanne De Los Reyes, et al. v. Merck & Co., Inc. | 05-6710 |
| FLS 1 05-22879 | Maria Roman v. Merck & Co., Inc. | 05-6711 |
| FLS 1 05-22891 | Anne Greggains v. Merck & Co., Inc. | 05-6712 |
| FLS 4 05-10115 | Ronald Finkelstein v. Merck & Co., Inc. | 05-6713 |
| **GEORGIA MIDDLE** | | |
| GAM 4 05-123 | Lurlene Perry v. Merck & Co., Inc. | 05-6714 |
| **IOWA NORTHERN** | | |
| IAN 5 05-4135 | Bradley Rowe, et al. v Merck & Co., Inc. | 05-6715 |

EXHIBIT 10
Page 9 of 13

M005139439

SCHEDULE CTO-34 TAG-ALONG ACTIONS (MDL-1657)                    PAGE 2 of 5

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **KENTUCKY WESTERN** | | |
| ~~KYW 1 05-175~~ | ~~James L. Bragg, Jr., etc. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| KYW 3 05-597 | Ronald Campbell v. Hardin County Kentucky, et al. | 05-6716 |
| ~~KYW 3 05-645~~ | ~~Jeffrey Joyce v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-657~~ | ~~Isabella B. Cummings, et al. v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-662~~ | ~~Barbara Keeling v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-679~~ | ~~Daniel Gill v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-684~~ | ~~Onna James, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-686~~ | ~~Garlin Cupp, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-692~~ | ~~Martha Sue Taylor v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-693~~ | ~~Sarah E. Nichols, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-694~~ | ~~William Mohon, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-695~~ | ~~Scarlett Macy, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-696~~ | ~~Shannon M. Age, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-711~~ | ~~Faye Byers, et al. v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-712~~ | ~~Dora Gorman, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-713~~ | ~~Cleo D. Gilbert, et al. v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-714~~ | ~~Lorenia Henson, etc. v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-715~~ | ~~Darrell G. Moore, et al. v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-717~~ | ~~Billy Joe Logsdon, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-718~~ | ~~Kathryn O'Neill v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-719~~ | ~~Paul E. Mangeot, et al. v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-724~~ | ~~Millard T. Shepherd v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-729~~ | ~~Luther B. Yount, Jr., et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| KYW 5 05-211 | Carroll Gene Dorroh v. Merck & Co., Inc. | 05-6717 |
| ~~KYW 5 05-212~~ | ~~Wanda Sue Parker, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| **LOUISIANA MIDDLE** | | |
| LAM 3 05-1292 | Crystal Wright, et al. v. Merck & Co., Inc. | 05-6718 |
| **LOUISIANA WESTERN** | | |
| LAW 1 05-1669 | L.C. Wiley, et al. v. Merck & Co., Inc., et al. | 05-6719 |
| LAW 2 05-1768 | Michael Breaux v. Merck & Co., Inc. | 05-6720 |
| LAW 2 05-1771 | Robert Berard v. Merck & Co., Inc. | 05-6721 |
| LAW 2 05-1772 | Howard Fontenot v. Merck & Co., Inc. | 05-6722 |
| LAW 2 05-1773 | Bryan Harper v. Merck & Co., Inc. | 05-6723 |
| LAW 2 05-1774 | James Hooper, Jr. v. Merck & Co., Inc. | 05-6724 |
| LAW 2 05-1847 | Donna Seaton v. Merck & Co., Inc. | 05-6725 |
| LAW 5 05-1870 | Halvor Peterson v. Merck & Co., Inc., et al. | 05-6726 |
| LAW 6 05-1368 | William Lee Melancon, Sr., et al. v. Merck & Co., Inc. | 05-6727 |
| **MARYLAND** | | |
| MD 1 05-2625 | Lisa Matthews, et al. v. Merck & Co., Inc. | 05-6728 |
| MD 1 05-3027 | Annie M. Sullivan v. Merck & Co., Inc. | 05-6729 |
| **MINNESOTA** | | |
| MN 0 05-2377 | Paula Crouch, etc. v. Merck & Co., Inc. | 05-6730 |
| MN 0 05-2478 | Rebecca J. Kegler v. Merck & Co., Inc. | 05-6731 |
| MN 0 05-2601 | Karen Langness, et al. v. Merck & Co. | 05-6732 |
| MN 0 05-2668 | Gary L. Kober v. Merck & Co., Inc. | 05-6733 |
| **MISSOURI EASTERN** | | |
| ~~MOE 4 05-1944~~ | ~~James Coleman v. Merck & Co., Inc.~~ Opposed 12/20/05 | |
| ~~MOE 4 05-1945~~ | ~~Robert Ruzicka, et al. v. Merck & Co., Inc.~~ Opposed 12/20/05 | |
| ~~MOE 4 05-1977~~ | ~~Roy Lacey, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/22/05 | |
| MOE 4 05-1978 | Wayne Lyons, et al. v. Merck & Co., Inc., et al. | 05-6734 |
| MOE 4 05-1985 | Russel Curtis, et al. v. Merck & Co., Inc. | 05-6735 |

EXHIBIT  10
Page  10  of  13

M0051 39440

SCHEDULE CTO-34 TAG-ALONG ACTIONS (MDL-1657)     PAGE 3 of 5

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| MOE 4 05-1986 | Zelmar Bond v. Merck & Co., Inc. | 05-6736 |
| MOE 4 05-2001 | Wanda Patterson v. Merck & Co., Inc. | 05-6737 |
| MOE 4 05-2031 | Virginia Whitton, etc. v. Merck & Co., Inc. | 05-6738 |
| MOE 4 05-2033 | Linda Sue Lewis, et al. v. Merck & Co., Inc., et al. | 05-6739 |
| MOE 4 05-2041 | Gene Warmann v. Merck & Co., Inc., et al. | 05-6740 |
| ~~MOE 4 05-2046~~ | ~~Brian Lawson, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/22/05 | |
| MOE 4 05-2054 | Darrell Hunt v. Merck & Co., Inc., et al. | 05-6741 |
| MOE 4 05-2118 | Cheryl Wolff v. Merck & Co., Inc. | 05-6742 |
| MOE 4 05-2159 | Joyce Kern v. Merck & Co., Inc. | 05-6743 |
| MOE 4 05-2160 | Jack Levitt v. Merck & Co., Inc. | 05-6744 |
| MOE 4 05-2166 | Pearlie Lindsey v. Merck Co., Inc. | 05-6745 |
| **MISSOURI WESTERN** | | |
| MOW 4 05-1090 | Robert Wiese, etc. v. Merck & Co., Inc. | 05-6746 |
| MOW 4 05-1116 | Maurice Logan v. Merck & Co., Inc. | 05-6747 |
| MOW 4 05-1117 | James M. Howerter, et al. v. Merck & Co., Inc. | 05-6748 |
| MOW 6 05-3538 | Lora Ann Creson v. Merck & Co., Inc., et al. | 05-6749 |
| **MISSISSIPPI NORTHERN** | | |
| MSN 2 05-231 | Caroline Paris v. Merck & Co., Inc., et al. | 05-6750 |
| MSN 2 05-232 | Lionel James v. Merck & Co., Inc., et al. | 05-6751 |
| MSN 2 05-233 | Tekonsa Green v. Merck & Co., Inc., et al. | 05-6752 |
| MSN 4 05-253 | Charlene Meeks v. Merck & Co., Inc., et al. | 05-6753 |
| MSN 4 05-255 | Willie Bee v. Merck & Co., Inc., et al. | 05-6754 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 3 05-666 | Jim Hood, ex rel. v. Merck & Co., Inc. | 05-6755 |
| MSS 3 05-687 | Charity Kelly v. Merck & Co., Inc., et al. | 05-6756 |
| **NEW MEXICO** | | |
| NM 2 05-1095 | Rex Allen v. Merck & Co., Inc. | 05-6757 |
| **NEW YORK EASTERN** | | |
| NYE 1 05-5113 | Walter Sagel, et al. v. Merck & Co., Inc. | 05-6758 |
| NYE 1 05-5151 | Richard Edgar v. Merck & Co., Inc. | 05-6759 |
| NYE 1 05-5306 | Lewis Warren, et al. v. Merck & Co., Inc. | 05-6760 |
| **NEW YORK SOUTHERN** | | |
| ~~NYS 1 05-9313~~ | ~~Mary Bainum, et al. v. Merck & Co., Inc.~~ Opposed 12/22/05 | |
| ~~NYS 1 05-9383~~ | ~~Jose Rivera, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| NYS 1 05-9534 | Amanda Evans, etc. v. Merck & Co., Inc. | 05-6761 |
| **OHIO NORTHERN** | | |
| ~~OHN 1 05-2547~~ | ~~William Jeffries, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| OHN 1 05-2586 | Joane Johnson, etc. v. Merck & Co., Inc. | 05-6762 |
| OHN 1 05-2663 | Carrie Moore, etc. v. Merck & Co., Inc. | 05-6763 |
| **OHIO SOUTHERN** | | |
| ~~OHS 1 05-705~~ | ~~Frederick McNamara, et al. v. Merck & Co., Inc., et al.~~ Vacated 12/21/05 | |
| **OKLAHOMA EASTERN** | | |
| OKE 6 05-438 | Heather King, etc. v. Merck & Co., Inc. | 05-6764 |
| OKE 6 05-439 | Ronna Napier, etc. v. Merck & Co., Inc. | 05-6765 |
| **OKLAHOMA WESTERN** | | |
| OKW 5 05-1265 | Francis Anderson v. Merck & Co., Inc., et al. | 05-6766 |
| OKW 5 05-1308 | David M. Jones, et al. v. Merck & Co., Inc., et al. | 05-6767 |

EXHIBIT 10
Page 11 of 13

Case 2:05-md-01657-EEF-DEK   Document 2416   Filed 12/23/2005   Page 5 of 18

SCHEDULE CTO-34 TAG-ALONG ACTIONS (MDL-1657)                    PAGE 4 of 5

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **OREGON** | | |
| OR  3  05-1654 | Marilyn Blatter v. Merck & Co., Inc. | 05-6768 |
| OR  3  05-1709 | James A. Boullet v. Merck & Co., Inc. | 05-6769 |
| OR  6  05-1701 | Dolores Syverson, et al. v. Merck & Co., Inc. | 05-6770 |
| **PENNSYLVANIA EASTERN** | | |
| PAE  2  05-5289 | Janice M. Richardson, et al. v. Merck & Co., Inc., et al. | 05-6771 |
| PAE  2  05-5679 | William Allen v. Merck & Co., Inc., et al. | 05-6772 |
| PAE  2  05-5975 | Greg Rhineer, etc v. Merck & Co., Inc., et al. | 05-6773 |
| PAE  2  05-6030 | Russell Beach, et al. v. Merck & Co., Inc. | 05-6774 |
| **PENNSYLVANIA MIDDLE** | | |
| PAM  1  05-2311 | Stanley Bethea v. Merck & Co., Inc. | 05-6775 |
| **TENNESSEE EASTERN** | | |
| ~~TNE  1  05-306~~ | ~~James E. Queen, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/20/05 | |
| TNE  2  05-292 | George Sklenicka v. Merck & Co., Inc. | 05-6776 |
| TNE  3  05-520 | Theadore Trohanowski v. Merck & Co., Inc. | 05-6777 |
| TNE  3  05-521 | Robert Vineyard v. Merck & Co., Inc. | 05-6778 |
| **TENNESSEE MIDDLE** | | |
| TNM  2  05-117 | Mildred Clark, etc. v. Merck & Co., Inc. | 05-6779 |
| TNM  3  05-884 | Randal C. Childress v. Merck & Co., Inc. | 05-6780 |
| TNM  3  05-885 | Pansy M. Nash v. Merck & Co., Inc. | 05-6781 |
| TNM  3  05-886 | Charlotte L. Johnson v. Merck & Co., Inc. | 05-6782 |
| TNM  3  05-887 | Deborah D. Todd, et al. v. Merck & Co., Inc. | 05-6783 |
| TNM  3  05-888 | Vivian Yvonne Jordan v. Merck & Co., Inc. | 05-6784 |
| TNM  3  05-889 | Francisco Negron v. Merck & Co., Inc. | 05-6785 |
| TNM  3  05-890 | Jeffrey R. Hein v. Merck & Co., Inc. | 05-6786 |
| TNM  3  05-891 | Roy L. Miller v. Merck & Co., Inc. | 05-6787 |
| TNM  3  05-892 | Geneva B. Bledsoe v. Merck & Co., Inc. | 05-6788 |
| TNM  3  05-893 | Connie J. Thedford v. Merck & Co., Inc. | 05-6789 |
| TNM  3  05-894 | Joyce A. Odom v. Merck & Co., Inc. | 05-6790 |
| TNM  3  05-895 | Terry R. Staggs v. Merck & Co., Inc. | 05-6791 |
| TNM  3  05-898 | Carolyn C. Long v. Merck & Co., Inc. | 05-6792 |
| TNM  3  05-899 | Eddean Blackwood v. Merck & Co., Inc. | 05-6793 |
| TNM  3  05-900 | Patricia R. Ochs v. Merck & Co., Inc. | 05-6794 |
| TNM  3  05-901 | William S. Rogers v. Merck & Co., Inc. | 05-6795 |
| TNM  3  05-902 | Glenn Galyon v. Merck & Co., Inc. | 05-6796 |
| TNM  3  05-903 | Joe D. Wooden v. Merck & Co., Inc. | 05-6797 |
| TNM  3  05-905 | Janice K. Nichols v. Merck & Co., Inc. | 05-6798 |
| TNM  3  05-906 | Susie R. Mallory, et al. v. Merck & Co., Inc. | 05-6799 |
| TNM  3  05-907 | Magaly H. Arcia v. Merck & Co., Inc. | 05-6800 |
| TNM  3  05-908 | Thurman Williams v. Merck & Co., Inc. | 05-6801 |
| TNM  3  05-909 | Sarah Prince v. Merck & Co., Inc. | 05-6802 |
| TNM  3  05-910 | Ralph D. Tropeano v. Merck & Co., Inc. | 05-6803 |
| TNM  3  05-911 | Roy F. Cantrell v. Merck & Co., Inc. | 05-6804 |
| TNM  3  05-912 | Ruthie M. Hayes v. Merck & Co., Inc. | 05-6805 |
| TNM  3  05-914 | Dorothy M. Crum v. Merck & Co., Inc. | 05-6806 |
| TNM  3  05-915 | Roxie Lacy v. Merck & Co., Inc. | 05-6807 |
| TNM  3  05-916 | Mary L. Hopper v. Merck & Co., Inc. | 05-6808 |
| TNM  3  05-917 | Frances C. Hitchcock v. Merck & Co., Inc. | 05-6809 |
| TNM  3  05-918 | Evelyln D. Arnold v. Merck & Co., Inc. | 05-6810 |
| TNM  3  05-919 | Johnny W. Barrett v. Merck & Co., Inc. | 05-6811 |
| TNM  3  05-920 | Virginia Reno v. Merck & Co., Inc. | 05-6812 |
| TNM  3  05-921 | Michael B. Cooper v. Merck & Co., Inc. | 05-6813 |
| TNM  3  05-922 | Georgia M. Savage v. Merck & Co., Inc. | 05-6814 |

EXHIBIT ___10___
Page __12__ of __13__

M005139442

Case 2:05-md-01657-EEF-DEK    Document 2416    Filed 12/23/2005    Page 6 of 18

SCHEDULE CTO-34 TAG-ALONG ACTIONS (MDL-1657)                               PAGE 5 of 5

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| TNM 3 05-923 | Audra Brown v. Merck & Co., Inc. | 05-6815 |
| TNM 3 05-924 | Willie B. Guess v. Merck & Co., Inc. | 05-6816 |
| TNM 3 05-925 | Velera Norfleet v. Merck & Co., Inc. | 05-6817 |
| TNM 3 05-926 | Margaret A. Tolliver v. Merck & Co., Inc. | 05-6818 |
| TNM 3 05-929 | Audrey L. Rice v. Merck & Co., Inc. | 05-6819 |
| TNM 3 05-930 | Grover M. Cleveland v. Merck & Co., Inc. | 05-6820 |
| TNM 3 05-931 | Janice Kilgore, et al. v. Merck & Co., Inc. | 05-6821 |
| TNM 3 05-932 | Edward Ellis, etc. v. Merck & Co., Inc. | 05-6822 |
| TNM 3 05-937 | Shelby J. Crabtree v. Merck & Co., Inc. | 05-6823 |
| TNM 3 05-938 | Greta I. Macpherson v. Merck & Co., Inc. | 05-6824 |
| TNM 3 05-939 | Leroy S. Andrews v. Merck & Co., Inc. | 05-6825 |
| TNM 3 05-940 | Janene Pennel v. Merck & Co., Inc. | 05-6826 |
| TNM 3 05-941 | Debrah T. Reid v. Merck & Co., Inc. | 05-6827 |
| TNM 3 05-959 | Roger G. Cope v. Merck & Co., Inc., et al. | 05-6828 |

**TENNESSEE WESTERN**
| TNW 1 05-1328 | James Michaels, et al. v. Merck & Co., Inc., et al. | 05-6829 |
| TNW 1 05-1334 | Brenda C. Derryberry, et al. v. Merck & Co., Inc., et al. | 05-6830 |
| TNW 1 05-1335 | Carolyn Vaughan, et al. v. Merck & Co., Inc., et al. | 05-6831 |
| TNW 1 05-1343 | Celia Golliver, etc. v. Ure Agadaga, et al. | 05-6832 |
| TNW 1 05-1344 | Janice Beal, etc. v. Merck & Co., Inc., et al. | 05-6833 |
| TNW 2 05-2829 | Rodney Ward, et al. v. Merck & Co., Inc. | 05-6834 |
| TNW 2 05-2830 | Ola Looney v. Merck & Co., Inc., et al. | 05-6835 |

**TEXAS EASTERN**
| TXE 1 05-573 | HARPER v. Merck & Co. Inc. | 05-6836 |
| TXE 1 05-675 | Alberta Cowart, etc., v. Merck & Co., Inc., et al. | 05-6837 |

**TEXAS NORTHERN**
| TXN 4 05-725 | Carmen Flores, etc. v. Merck & Co., Inc. | 05-6838 |

**TEXAS SOUTHERN**
| TXS 1 05-281 | Carolyn Lyttle, et al. v. Merck & Co., Inc. | 05-6839 |
| TXS 3 05-601 | Henry S. Hill v. Merck & Co., Inc., et al. | 05-6840 |
| TXS 4 05-3785 | Willia C. DeBose v. Merck & Co., Inc., et al. | 05-6841 |
| TXS 4 05-3786 | Lanita Lewis v. Merck & Co., Inc., et al. | 05-6842 |
| ~~TXS 4 05-3821~~ | ~~Terry Frisby v. Merck & Co., Inc., et al.~~ Opposed 12/22/05 | |

**WASHINGTON WESTERN**
| WAW 2 05-1703 | Joseph Anderson, etc. v. Merck & Co., Inc. | 05-6843 |
| WAW 2 05-1855 | Alice M. Pleasant v. Merck & Co., Inc. | 05-6844 |
| WAW 2 05-1867 | Michelle Deebach, et al. v. Merck & Co., Inc. | 05-6845 |
| WAW 2 05-1906 | Genevieve Whitacre, etc. v. Merck & Co., Inc. | 05-6846 |

EXHIBIT 10
Page 13 of 13

M0051394443