Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for
MERCK & CO., INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>Plaintiff,<br>vs.<br><br>MERCK & CO., INC.<br><br>Defendant | Case No. 3:06-CV-00018 (TMB) |

**NOTICE OF CONDITIONAL TRANSFER ORDER**

Defendant Merck & Co., Inc. respectfully notifies this Court of the Conditional Transfer Order (CTO-40) entered on February 7, 2006, by the Judicial Panel on Multidistrict Litigation ("MDL Panel") in *In re Vioxx Marketing, Sales Practices and Products Liability Litigation*, MDL Docket No. 1657. (A true and correct copy of the order is attached hereto as Exhibit A.) The Conditional Transfer Order, which conditionally transfers this Action to the Eastern District of Louisiana for coordinated or consolidated pre-trial proceedings, becomes effective fifteen days from the date of the order unless objection is taken and, in that event, will become effective once the MDL

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557


Panel resolves any objection. As described in the Reply in Support of Motion to Stay Proceedings filed February 14, 2006, this Conditional Transfer Order further supports the immediate entry of a stay in this matter.

DATED this 14th day of February, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: /s/ Jahna M. Lindemuth

Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
lindemuth.jahna@dorsey.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of February, 2006, a true and correct copy of this document was served on:

James E. Fosler
Fosler Law Group, Inc.
737 West Fifth Avenue, Suite 205
Anchorage, Alaska 99501

W. Mark Lanier
Richard Meadow
Lawrence P. Wilson
The Lanier Law Firm
6810 FM 1960 West
Houston, Texas 77069

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By: /s/ Jahna M. Lindemuth
Jahna M. Lindemuth, ABA #9711068
Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

MERCK & CO. INC.'S NOTICE OF CONDITIONAL TRANSFER ORDER
Page 2

STATE OF ALASKA V. MERCK & CO., INC.
Case No. 3:06-CV-00018 (TMB)