JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 7 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-40)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 3,008 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Exhibit A
Page 1 of 5
M00516l877

SCHEDULE CTO-40 - TAG-ALONG ACTIONS
DOCKET NO. 1657
IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY
LITIGATION

DIST. DIV. C.A. #             CASE CAPTION

ALASKA
  AK    3  06-18              State of Alaska v. Merck & Co., Inc.

ARKANSAS EASTERN
  ARE   4  05-1932            Ola Rollans v. Merck & Co., Inc.
  ARE   4  05-1937            Patricia A. Bailey v. Merck & Co., Inc.

ARKANSAS WESTERN
  ARW   5  06-5008            Suann Richardson v. Merck & Co., Inc.

CALIFORNIA EASTERN
  CAE   2  05-2609            Boyd Cole, et al. v. Merck & Co., Inc., et al.
  CAE   2  06-62              Jill Desart v. Merck & Co., Inc., et al.

CALIFORNIA NORTHERN
  CAN   3  05-5279            Michael Finch v. Merck & Co., Inc., et al.
  CAN   3  05-5300            Dorothy Gaffney v. Merck & Co., Inc., et al.

FLORIDA MIDDLE
  FLM   3  06-1               Barbara Auman v. Merck & Co., Inc., et al.
  FLM   5  06-19              Jacqueline Anderson v. Merck & Co., Inc., et al.
  FLM   6  05-1930            Maureen Perricone v. Merck & Co., Inc.
  FLM   8  05-2032            Tami Disanto, etc. v. Merck & Co., Inc., et al.
  FLM   8  05-2338            Robert Graham v. Merck & Co., Inc., et al.
  FLM   8  05-2352            Ronald D. Robinson, et al. v Merck & Co., Inc.
  FLM   8  06-1               Louis Leo v. Merck & Co., Inc., et al.
  FLM   8  06-2               Ruth Zier v. Merck & Co., Inc., et al.
  FLM   8  06-3               Arnold Ferrante v. Merck & Co., Inc., et al.
  FLM   8  06-24              Kathleen Risoldi, etc. v. Merck & Co., Inc.
  FLM   8  06-45              George Malmberg v. Merck & Co., Inc., et al.
  FLM   8  06-113             Francis Gordon Harper, Sr. v. Merck & Co., Inc.

FLORIDA SOUTHERN
  FLS   1  05-23366           Eleanor R. Stone v. Merck & Co., Inc.
  FLS   1  06-20035           Tania Sardinas v. Merck & Co., Inc.
  FLS   2  06-14010           Cloyd Pierce v. Merck & Co., Inc., et al.

GEORGIA MIDDLE
  GAM   5  05-473             Marvin McCool, et al. v. Merck & Co., Inc.

GEORGIA NORTHERN
  GAN   1  05-3264            Gloria D. Cole v. Merck & Co., Inc.

ILLINOIS NORTHERN
  ILN   1  05-7028            Nils Cederberg, etc. v. Merck & Co., Inc.
  ILN   1  05-7152            Wendy Rubin, etc. v. Merck & Co., Inc.

Exhibit A
Page 2 of 5
M00516187B

SCHEDULE CTO-40 TAG-ALONG ACTIONS (MDL-1657)

PAGE 2 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ILLINOIS SOUTHERN** | |
| ILS 3 05-657 | Renee Wamsley v. Merck & Co., Inc. |
| ILS 3 06-12 | Janet Rothwell v. Merck & Co., Inc. |
| ILS 3 06-18 | Sally Vollintine v. Merck & Co., Inc., et al. |
| ILS 3 06-42 | Rosemary Conway v. Merck & Co., Inc. |
| **INDIANA NORTHERN** | |
| INN 2 06-6 | Robert Krestevski, et al. v. Merck & Co., Inc. |
| **INDIANA SOUTHERN** | |
| INS 1 06-86 | Jacqualine Bork, et al. v. Merck & Co., Inc. |
| **KANSAS** | |
| KS 2 06-2014 | Phyllis Joan Ludwick v. Merck & Co., Inc. |
| KS 6 06-1003 | Dennis Cozad v. Merck & Co., Inc. |
| KS 6 06-1014 | Darlene Fae Barrett, etc. v. Merck & Co., Inc. |
| **LOUISIANA WESTERN** | |
| LAW 2 05-1908 | Herbert Fuselier, et al. v. Merck & Co., Inc. |
| LAW 2 05-1909 | Nolan Gallo, et al. v. Merck & Co., Inc. |
| LAW 2 05-2101 | Dottie Link v. Merck & Co., Inc. |
| LAW 2 05-2102 | Abraham Janice, Jr. v. Merck & Co., Inc. |
| **MASSACHUSETTS** | |
| MA 1 06-10068 | June Cranston v. Merck & Co., Inc. |
| **MARYLAND** | |
| MD 1 06-16 | Josephine Riiter v. Merck & Co., Inc. |
| MD 1 06-111 | James M. Grant, et al. v. Merck & Co., Inc. |
| MD 1 06-112 | Katherine H. David v. Merck & Co., Inc. |
| **MINNESOTA** | |
| MN 0 05-2980 | Todd Clochie v. Merck & Co., Inc. |
| MN 0 05-2981 | Marco Magana, et al. v. Merck & Co., Inc. |
| MN 0 05-2984 | Jenny Minton v. Merck & Co., Inc. |
| MN 0 06-152 | Lumen Tolentino v. Merck & Co., Inc. |
| MN 0 06-153 | Glenn Wentworth, et al. v Merck & Co., Inc. |
| MN 0 06-189 | Earlie M. Walker v. Merck & Co., Inc. |
| MN 0 06-192 | Daniel W. Rucker v. Merck & Co., Inc. |
| MN 0 06-219 | Charles Vaughn v. Merck & Co., Inc. |
| MN 0 06-270 | Rosalia V. Rappa v. Merck & Co., Inc. |
| **MISSOURI EASTERN** | |
| MOE 4 05-1740 | Diana Larrabee v. Merck & Co., Inc., et al. |
| **MISSOURI WESTERN** | |
| MOW 4 05-1291 | Phyllis Oates v. Merck & Co., Inc. |
| MOW 4 05-1292 | Hiram Bardwell, et al. v. Merck & Co., Inc. |
| MOW 4 06-40 | Helen G. Sarle, et al. v. Merck & Co., Inc., et al. |
| **NORTH DAKOTA** | |
| ND 3 06-13 | Douglas M. Person v. Merck & Co., Inc. |

Exhibit A
Page 3 of 5

M005161879

SCHEDULE CTO-40 TAG-ALONG ACTIONS (MDL-1657)                                    PAGE 3 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEBRASKA** | |
| NE   8  05-571 | James L. Thibault v. Merck & Co., Inc. |
| **NEW YORK EASTERN** | |
| NYE  1  05-6058 | Leonard Saccheri, et al. v. Merck & Co., Inc. |
| NYE  1  05-6060 | Eileen Larson v. Merck & Co., Inc. |
| NYE  1  05-6062 | Amanda Cespedes v. Merck & Co., Inc. |
| NYE  1  06-125  | Vivian Ventrano, et al. v. Merck & Co., Inc. |
| **NEW YORK SOUTHERN** | |
| NYS  1  05-10795 | Karen McCracken v. Merck & Co., Inc. |
| NYS  1  06-72   | Panagiotis Kousoulas v. Merck & Co., Inc. |
| NYS  1  06-73   | Robert Santos v. Merck & Co., Inc. |
| NYS  1  06-255  | Rebecca Tripp, etc. v. Merck & Co., Inc. |
| NYS  7  05-9806 | Wanda Lee Johnson v. Merck & Co., Inc. |
| **NEW YORK WESTERN** | |
| NYW  6  05-6740 | Kathleen Campbell v. Merck & Co., Inc., et al. |
| NYW  6  05-6741 | Betty Alvardo, etc. v. Merck & Co., Inc., et al. |
| NYW  6  06-6030 | Giuseppe Scarlata, et al. v. Merck & Co., Inc., et al. |
| NYW  6  06-6031 | Lynn C. Schiedel, etc. v. Merck & Co., Inc., et al. |
| NYW  6  06-6032 | Melanie E. Hofmann, etc. v. Merck & Co., Inc., et al. |
| NYW  6  06-6033 | Patricia Johnson, et al. v. Merck & Co., Inc., et al. |
| **OHIO NORTHERN** | |
| OHN  1  05-2994 | Linda Hyde, et al. v. Merck & Co., Inc. |
| **OHIO SOUTHERN** | |
| OHS  1  06-25   | Thomás Idinopulos, et al. v. Merck & Co., Inc. |
| **OKLAHOMA NORTHERN** | |
| OKN  4  05-588  | Wesley T. Vreeland, et al. v. Merck & Co., Inc. |
| **OKLAHOMA WESTERN** | |
| OKW  5  06-24   | Brittany Buckner, et al. v. Merck & Co., Inc., et al. |
| **OREGON** | |
| OR   6  05-6388 | Nicholas Judson Rinne v. Merck & Co., Inc. |
| **PENNSYLVANIA EASTERN** | |
| PAE  2  05-6670 | Frank W. Bridges, etc. v. Merck & Co., Inc., et al. |
| PAE  2  06-127  | Charlotte Madison, et al. v. Merck & Co., Inc. |
| **PENNSYLVANIA WESTERN** | |
| PAW  2  05-1750 | Arlene G. Elias, et al. v. Merck & Co., Inc. |
| **SOUTH DAKOTA** | |
| SD   1  06-1002 | Larry Person v. Merck & Co., Inc. |
| **TENNESSEE EASTERN** | |
| TNE  3  05-537  | Alan Clardy v. Merck & Co., Inc. |
| TNE  3  05-582  | Jack R. Josey v. Merck & Co., Inc., et al. |

Exhibit   A
Page   4   of   5

M0051161880

SCHEDULE CTO-40 TAG-ALONG ACTIONS (MDL-1657)                             PAGE 4 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **TENNESSEE MIDDLE** | |
| TNM 1 05-94 | Elizabeth Daniel v. Merck & Co., Inc., et al. |
| TNM 3 05-1062 | Buster Jarmen v. Merck & Co., Inc., et al. |
| **TENNESSEE WESTERN** | |
| TNW 1 06-1004 | Joann Jackson, etc. v. Merck & Co., Inc., et al. |
| TNW 1 06-1005 | L.D. Ellis, etc. v. Merck & Co., Inc., et al. |
| TNW 1 06-1015 | B.C. Smith v. Merck & Co., Inc., et al. |
| TNW 1 06-1016 | Julia Murphy v. Merck & Co., Inc., et al. |
| TNW 1 06-1017 | Martha Smith v. Merck & Co., Inc., et al. |
| TNW 1 06-1018 | Judge Walker v. Merck & Co., Inc., et al. |
| TNW 1 06-1019 | Patricia Newell v. Merck & Co., Inc., et al. |
| TNW 1 06-1020 | John Wilson v. Merck & Co., Inc., et al. |
| TNW 1 06-1021 | John Staggs v. Merck & Co., Inc., et al. |
| **TEXAS EASTERN** | |
| TXE 1 05-862 | Vern R. Mueller v. Merck & Co., Inc. |
| TXE 1 05-869 | Daisy Knight v. Merck & Co., Inc. |
| TXE 1 06-4 | Norma Broussard, et al. v. Merck & Co., Inc., et al. |
| TXE 1 06-5 | Esther Hamlin v. Merck & Co., Inc. |
| TXE 2 05-556 | Bonnie Donnell, et al. v. Merck & Co., Inc. |
| TXE 2 05-559 | J.C. Parks, et al. v. Merck & Co., Inc. |
| TXE 6 05-483 | Vity Harris, et al. v. Merck & Co., Inc. |
| **TEXAS NORTHERN** | |
| TXN 4 05-743 | Dixie Tucker, et al. v. Merck & Co., Inc. |
| TXN 4 05-744 | Laura Garrett, et al. v. Merck & Co., Inc. |
| **TEXAS SOUTHERN** | |
| TXS 4 05-4367 | John Ochoa v. Merck & Co., Inc., et al. |
| **UTAH** | |
| UT 1 06-5 | Georgia Kay Clasen v. Merck & Co., Inc. |
| **WASHINGTON EASTERN** | |
| WAE 2 06-17 | Cleta Amsden, etc. v. Merck & Co., Inc. |
| **WASHINGTON WESTERN** | |
| WAW 2 05-2107 | Ronald Paynter, et al. v. Merck & Co., Inc. |
| **WISCONSIN EASTERN** | |
| WIE 2 06-64 | Robert Schmitt, et al. v. Merck & Co., Inc., et al. |

Exhibit A
Page 5 of 5

M005161881