W. Mark Lanier
Kevin P. Parker
Richard Meadow
Lawrence P. Wilson
THE LANIER LAW FIRM[1]
6810 FM 1960 West
Houston, Texas 77069
Telephone: (713) 659-5200
Fax: (713) 659-2204

James E. Fosler
Alaska Bar No. 9711055
FOSLER LAW GROUP, INC.
737 West Fifth Ave., Suite 205
Anchorage, Alaska 99501
Telephone: (907) 277-1557
Fax: (907) 277-1657

Attorneys for STATE OF ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:06-CV-00018 (TMB) |
| ) | |
| vs. ) | |
| ) | |
| MERCK & CO., INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## THE STATE OF ALASKA'S RESPONSE TO MERCK'S NOTICE OF CONDITIONAL TRANSFER ORDER

Comes now Plaintiff, the State of Alaska ("Alaska"), and files this Response to Defendant Merck's Notice of Conditional Transfer Order, showing the Court as follows:

1.     On February 14, 2006, Defendant Merck filed a "Notice of Conditional Transfer Order" and stated that the conditional transfer order further supports an immediate stay in this case.

2.     According to Rule 1.5 of the Rules of Multi-District Litigation, the pendency of a conditional transfer order does not in any way limit the pre-trial jurisdiction of this Court. The conditional transfer order is only effective when it is filed in the office of the clerk of the district court for the transferee district.

3.     The Plaintiff will timely file with the MDL panel a notice of opposition and a motion to vacate the transfer which will prevent the clerk from forwarding the transfer order to the transferee court until after the opposition and motion to vacate the transfer order is ruled on by the MDL panel. Throughout this time period, this Court will retain the jurisdiction to determine whether or not it has subject matter jurisdiction in this case.

4.     Contrary to Merck's statement that the filing of a conditional transfer order supports the immediate entry of a stay in this matter, the filing of this order instead supports an expedited consideration of the State of Alaska's Motion for Remand. Merck's Reply in Support of the Motion for Stay admits that there are almost 250 pending remand motions in the MDL proceeding. Instead of consigning this case to the interminable delay inherent in the MDL Court's attempt to deal with 250 remand motions, plus adjudicate the cases properly before it, this Court should examine its own subject matter jurisdiction and not allow this case

---

Continued from the previous page
[1] *Pro hac vice* applications are being prepared for The Lanier Law Firm lawyers and will be filed shortly.

to be delayed by a federal MDL proceeding when federal jurisdiction is lacking. This course of conduct is certainly more consistent with the supreme court's admonition in *Steel Co. v. Citizens for a Better Environment*, 523 U.S. 83, 94-95 (1998), that jurisdiction is the first and fundamental question to be answered in a federal case and that without jurisdiction a court cannot proceed at all in any cause.

DATED: February 15, 2006.

FOSLER LAW GROUP, INC.

By: /s/ James E. Fosler
FOSLER LAW GROUP, INC.
737 W. 5th Ave., Suite 205
Anchorage, AK 99501
Phone: (907) 277-1557
Fax: (907) 277-1657
E-mail: jfosler@foslerlawgroup.com
Alaska Bar No. 9711055

THE LANIER LAW FIRM
W. Mark Lanier
Kevin P. Parker
Richard Meadow
Lawrence P. Wilson
*Pro hac vice* applications being prepared
6810 FM 1960 West
Houston, Texas 77069
Telephone: (713) 659-5200
Fax: (713) 659-2204

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 15st day of February 2006 a true and correct
copy of this document was served on:

Jahna M. Lindemuth
Dorsey & Whitney, LLC
1030 West Fourth Ave., Suite 600
Anchorage, AK 99501

by electronic means through the ECF system,
as indicated on the Notice of Electronic Filing,
or, if not confirmed by ECF, by first class
regular mail.

By:   /s/ James E. Fosler
James E. Fosler, ABA #9711055
Fosler Law Group, Inc.