APPENDIX OF UNPUBLISHED CASES

APPENDIX NO.

*Fontanilles v. Merck & Co., Inc.*, No 04-22799-CIV-HUCK,
slip op. at 1-2 (S.D. Fla. Dec. 14, 2004)..................................................................................A

*Purcell v. Merck & Co., Inc. et al.*, No. 05-443-L(BLM), slip op. at 4-5
(S.D. Cal. June 6, 2005)...........................................................................................................B

*Lame Bull v. Merck & Co.*, No. 05-2465, 2006 WL 194277, at *
2 (E.D. Cal. Jan. 24, 2006).......................................................................................................C

*McCrerey v. Merck & Co.*, No. 04-1576 WQH(WMc), slip op. at 4-5
(S.D. Cal. March 5, 2005)........................................................................................................D

*Wright v. Merck & Co., Inc.*, No. 04-3037-PHX-SRB (D. Ariz. Jan. 28, 2005) ....................... E

*Benjamin v. Bayer Corp.*, Civil Action No. 02-0886 Section: "R", 2002 U.S. Dist.
LEXIS 9157, at *5 (E.D. La. May 16, 2002)............................................................................F

*Nat'l Credit Reporting Ass'n v. Experian Info. Solutions, Inc.*, No. C 04-01661
WHA, 2004 U.S. Dist. LEXIS 17303, *7 (N.D. Cal. 2004)........................................... G