## TABLE OF EXHIBITS

**Description**                                                                                                    **Exhibit Number**

Transcript of Status Conference (June 23, 2005).................................................................. 1

Letter dated March 21, 2005 from JPML to Hinojosa ............................................................ 2

Petition and Docket, *Foti v. Merck & Co., Inc.*, No. 05-3700 (MDL No. 1657, E.D. La.)........ 3

Complaint and Conditional Transfer Order, *Hood, ex rel. v. Merck & Co., Inc.*, No. 05-6755 (MDL No. 1657, E.D. La.)...................................................................................................... 4