# EXHIBIT 4
# CONTINUED

were "clearly there," and was a "mechanism-based problem," but in a news release Merck offered no hint that anyone at the Company knew that Vioxx itself increased the risk of cardiovascular events. When it published the VIGOR results, Merck stated that the study's findings were consistent with the cardioprotective qualities of Naproxen--rather than the increased cardiovascular risks associated with Vioxx;

• When the VIGOR study results were published in the New England Journal of Medicine, it stated that among patients studied who were not already at high risk for heart attacks, Vioxx did not show a significant rise in heart attacks;

• A Merck training document entitled "Dodge Ball Vioxx" instructed sales representatives to dodge questions or concerns about the cardiovascular effects associated with Vioxx; and

• Merck attempted to suppress discussion about the VIGOR study results by, among other things, telephoning academics to complain about lectures the Company deemed to be "irresponsibly anti-Merck and specifically anti-Vioxx;" withdrawing financing from seminars at which doctors and academics who were critical of Merck's handling of Vioxx were scheduled to speak, and even filing suit to "correct" publications raising concerns about Vioxx's cardiovascular risks and criticizing Merck's handling of those concerns.

80.     Each of the Defendant's statements made in 2004 concerning VIOXX® was

materially false and misleading when made, because each statement failed to disclose the extent

of the Company's knowledge that VIOXX® was in fact associated with a significant risk of

cardiac events. The true but concealed and/or misrepresented facts included, but were not

limited to:

• The Merck Defendants' removal of Dr. Cannuscio's name from the Harvard-Brigham Women's Study was a deliberate attempt by the Merck Defendants to conceal Vioxx's known risks;

• The Kaiser Permanente study confirmed the results of Study 090 and VIGOR, and thus demonstrated that Vioxx caused severe cardiovascular complications;

• Adequate justification for withdrawing Vioxx from the worldwide markets existed well before September 30, 2004, and the Merck

M00172576

Exhibit 4
Page 32 of 64

Defendants' attempts to base the withdrawal upon the putative results of the APPROVe study were knowingly false when made;

• The Company was aware that Vioxx itself created an increased risk of heart attack, and that its explanation for the VIGOR study results--that the Vioxx patients suffered greater incidences of cardiovascular events because of cardioprotective qualities of Naproxen--was inaccurate;

• The Company's statements refuting the results of the Brigham & Women's Hospital Study finding an increased risk of heart attack in patients taking Vioxx were unfounded;

• Merck's statements that the lawsuits filed against the Company with respect to Vioxx were meritless were, in fact, unfounded;

• The Company's announcements and press releases throughout 2004, stating that Merck 'stands behind the safety of Vioxx' were unfounded, because Merck knew that Vioxx, in fact, was associated with cardiovascular events and was therefore not safe;

• Merck's press releases "reconfirming the favorable cardiovascular safety profile of Vioxx" during 2004 were unfounded, because the Merck Defendants knew that Vioxx was associated with high cardiovascular risks;

• The Vioxx promotional activities that the FDA condemned in the September 17, 2001 FDA Letter stemmed from Merck Defendants' deliberate efforts to conceal Vioxx's known risks, which continued in 2004;

• Merck's unpublished Study 090 concluded that Vioxx users were 6 times more likely to have severe cardiovascular events than other users of NSAIDS;

• Internal Merck e-mails authored in 1996 and 1997 reveal that even before the FDA approved Vioxx for prescription use, Merck knew of the Vioxx-related medical risks;

• Substantial data existed in 1999 that Vioxx was associated with a higher risk of cardiovascular events than other NSAIDs;

• On December 16, 1999, Merck had received the December 16, 1999 FDA Letter admonishing defendants for misleading the public by using deceptive promotional materials that suggested Vioxx had a superior safety profile to other NSAIDS, which was not demonstrated by substantial evidence;

M001712577

Exhibit 4
Page 33 of 64

• Defendant knew that the negative cardiovascular events were not due to the cardioprotective properties of Naproxen, but were instead directly attributable to the cardiovascular risks that the Merck Defendants observed in Study 090; and

• Vioxx's safety profile was not "excellent" as the Defendant claimed, but was instead marked by an unacceptably high risk of negative cardiovascular events.

## COUNT I
## FRAUD

81.    Plaintiff hereby repeats, incorporates by reference and realleges each and every allegation set forth above in this Complaint.

82.    Defendant committed fraud against the State of Mississippi and all State agencies and instrumentalities that approved VIOXX® for reimbursement in reliance on the false and misleading safety and efficacy data provided, communicated and/or published by Defendant. Defendant knew that the safety and efficacy data it provided, communicated and/or published were false. Defendant provided such false data with the intent of inducing Mississippi agencies and instrumentalities to rely on the false information in determining pharmacy benefits related to VIOXX®.

83.    Mississippi agencies and instrumentalities reasonably relied on such false information in approving VIOXX® for reimbursement. Defendant's fraudulent conduct is continuing, as it regularly and periodically continued to issue false data for publication concerning the safety and efficacy of VIOXX®.

84.    As a result of Defendant's fraudulent conduct, the State of Mississippi, its agencies and instrumentalities, as well as the citizens of Mississippi, have been damaged by paying excessive amounts for Defendant's drug, VIOXX®, when it was no more effective than other less expensive NSAIDS, and when it exposed those who ingested the drug to substantial

- 34 -

Exhibit 4
Page 34 of 64

M001712578

adverse health effects, including the risks of heart attack and stroke. Defendant's conduct was knowing, intentional, with malice, demonstrated a complete lack of care, and was in conscious disregard for the rights of Plaintiff. Plaintiff is therefore entitled to an award of punitive damages.

## COUNT II
## VIOLATION OF MISSISSIPPI'S CONSUMER PROTECTION ACT

85.    Plaintiff hereby repeats, incorporates by reference and realleges each and every allegation set forth above in this Complaint.

86.    Defendant's representations as set forth herein, concerning the characteristics and benefits of VIOXX®, including its safety and efficacy, were false, misleading and untrue when made, and constitute a violation of Mississippi's Consumer Protection Act, § 75-24-1, *et seq.*, Miss. Code Ann.(1972)

87.    Attorney General Jim Hood brings this action for a declaratory judgment that the Defendant's conduct as set forth herein, violated §75-24-1, *et seq.*, Miss. Code Ann.(1972) and seeks, pursuant to §75-24-9, an injunction to restrain the foregoing continuation of dissemination of false safety and efficacy information concerning VIOXX® to the public. Further, Plaintiff is entitled to civil penalties against Defendant, pursuant to § 75-24-19.

## COUNT III
## UNTRUE, DECEPTIVE, AND MISLEADING ADVERTISING
## IN VIOLATION OF § 97-23-3 MISS. CODE ANN. (1972)

88.    Plaintiff hereby repeats, incorporates by reference and realleges each and every allegation set forth above in this Complaint.

89.    As stated herein, Defendant made false, deceptive and untrue statements and representations concerning the safety, risks, and effectiveness of VIOXX®, to the public generally, and Mississippians, specifically. These statements and representations were

- 35 -

M00172579

Exhibit 4
Page 35 of 64

published, circulated, disseminated, and placed before the public generally, and Mississippians, specifically, in print and media advertisements, in publications, and by other means. Such statements and representations were made with the intent to sell or distribute VIOXX® to Mississippians, directly or indirectly, and were made with the intent to increase the consumption of or demand for VIOXX® by Mississippians. Defendant knew when the statements and representations were made that the information concerning VIOXX® was untrue, deceptive or misleading.

90.     The foregoing conduct of Defendant as alleged above constitutes unfair, deceptive and misleading advertising of VIOXX® in violation of § 97-23-3 Miss. Code Ann.(1972). As a result of Defendant's conduct, the State of Mississippi, its agencies and instrumentalities, as well as the citizens of Mississippi, have been damaged by paying excessive amounts for VIOXX®, when it was no more effective than other less expensive NSAIDS, and when it exposed those who ingested the drug to substantial adverse health effects, including the risks of heart attack and stroke.

## COUNT IV
## MEDICAID FRAUD

91.     Plaintiff hereby repeats, incorporates by reference and realleges each and every allegation set forth above in this Complaint.

92.     Defendant knowingly made, or caused to be made, false or misleading statements or representations in order to obtain payments for its pharmaceutical drug, VIOXX®, under Mississippi's Medicaid program. Such conduct constitutes Medicaid fraud in violation of § 43-13-223, et seq., Miss. Code Ann.(1972).

93.     As a result of the hereinabove described fraud upon the Plaintiff, Defendant is liable to Plaintiff in an amount equal to the full amount it received as a result of payments made

- 36 -

M001712580

Exhibit 4
Page 36 of 64

by Mississippi Medicaid for its drug, VIOXX®, plus an additional civil penalty equal to triple

the full amount received by Defendant on account of these payments.

## COUNT V
## RESTITUTION/ UNJUST ENRICHMENT

94.    Plaintiff hereby repeats, incorporates by reference and realleges each and every

allegation set forth above in this Complaint.

95.    As a result of the false and misleading statements and representations of the

Defendant concerning its drug, VIOXX®, the State of Mississippi, its agencies and

instrumentalities, and Mississippi citizens, paid excessive amounts in connection with purchases

and/or reimbursements of purchases of Defendant's prescription drugs.

96.    As a result of the excessive payments for VIOXX®, Defendant obtained

increased sales and market share for its product, and, therefore, increased profits, and was

unjustly enriched at the expense of the State of Mississippi, its agencies and instrumentalities and

Mississippi citizens.

97.    In equity and fairness, it is the Defendant, not the taxpayers of Mississippi, who

should bear the costs of VIOXX®-related diseases. By avoiding its own duties to stand

financially responsible for the harm done by its prescription drug, the Defendant has wrongfully

forced the State of Mississippi to perform such duties and to pay the health care costs of

VIOXX®-related diseases. As a result, the Defendant has been unjustly enriched to the extent

that Mississippi's taxpayers have had to pay these costs.

98.    By this Complaint, the Attorney General seeks damages in an amount which is

sufficient to provide restitution and reimbursement to the State for the sums the State has

expended as a result of the Defendant's wrongful conduct, with said amount to be determined at

M001712581

Exhibit 4
Page 37 of 64

trial and for damages in restitution for the sums of money to be paid by the State in the future on account of the Defendant's wrongful conduct.

## COUNT VI
## NEGLIGENCE

99.    Plaintiff hereby repeats, incorporates by reference and realleges each and every allegation set forth above in this Complaint.

100.    Defendant had a duty to exercise reasonable care in the marketing, advertising, sale and distribution of Defendant's pharmaceutical drugs, including VIOXX®.

101.    Defendant breached that duty by the conduct alleged herein.

102.    As a result of Defendant's breach, VIOXX® was marketed, advertised, sold, and distributed in the State of Mississippi, and the State of Mississippi, its agencies and instrumentalities and the citizens of Mississippi have been damaged by paying excessive amounts for VIOXX®, when it was no more effective than other less expensive NSAIDS, and when it exposed those who ingested the drug to substantial adverse health effects, including the risks of heart attack and stroke.

103.    In addition, beneficiaries of the State's prescription drug programs sustained and/or will sustain adverse health effects as a result of the ingestion of VIOXX®, which was the intended and foreseeable use of Defendant's drug.  Plaintiff was required and/or will be required in the future to provide medical assistance to these Medicaid recipients.

104.    In breaching its duties to the Plaintiff, as described above, Defendant acted negligently and/or in reckless disregard for the truth, in that Defendant knew or should have known through information available exclusively to them and otherwise that VIOXX® did not have the safety and efficacy it promoted, and that if used in the manner intended by Defendant, those who ingested the drug were at an increased risk for severe adverse health effects, including

- 38 -

M0017l2582

Exhibit 4
Page 38 of 64

heart attacks and strokes. Defendant further knew or should have known that its aforesaid breach of duty would be substantially certain to result in the injuries complained of herein.

## COUNT VII
## INDEMNITY

105.    Plaintiff hereby repeats, incorporates by reference and realleges each and every allegation set forth above in this Complaint.

106.    As a direct and proximate result of the breaches of duty and omissions Defendants as alleged above, Plaintiff was obligated to pay, has paid, and will be required to pay millions of dollars for VIOXX®, and for the provision of necessary medical care, facilities and services for certain of those aforementioned Mississippi citizens injured by Defendant's drug, and unable to afford and otherwise obtain such necessary medical care, facilities and services.

107.    Plaintiff was legally obligated to pay the aforementioned sums and did not conduct itself in any wrongful manner in being so obligated to pay and in paying the aforementioned sums. As stated hereinabove, Defendant has been unjustly enriched as a result of said payments.

108.    In all fairness and justice, Defendant should indemnify Plaintiff for the provision of necessary medical care, facilities and services for those aforementioned Mississippi citizens injured by VIOXX®.

## COUNT VIII
## VIOLATION OF MISSISSIPPI'S PRODUCTS LIABILITY ACT

109.    Defendant Merck, at all times relevant hereto, manufactured, tested, designed, marketed, promoted, distributed, sold and/or prescribed VIOXX® for use and consumption by consumers. At the time Defendant manufactured, promoted, tested, designed, packaged, promoted, marketed, distributed, sold and/or prescribed VIOXX®, in violation of Mississippi's

M0017I2583

Exhibit 4
Page 39 of 64

Product Liability Act, Miss. Code Ann. § 11-1-63, VIOXX® was designed in a defective manner and was unreasonably dangerous to plaintiffs and other users or consumers because, among other things, VIOXX® was likely to cause harm to users when consumed for its intended use and Merck failed to adequately warn of the potential side effects.

110. The VIOXX® consumed by consumers was not materially altered from the time of its manufacture and distribution up until the time of consumption.

111. VIOXX®, at the time of its manufacture, distribution, and sale and at all times material hereto, was defective and unreasonably dangerous to consumers for at least the following reasons:

    a.   Defendant's VIOXX® was not sold with an appropriate warning regarding the serious increased risk of injury, including, but not limited to, strokes, heart attacks, and cardiovascular disease.

    b.   The VIOXX® manufactured, tested, designed, marketed, promoted, distributed, sold and/or prescribed by Defendant was not safe as manufactured, designed, marketed, distributed, sold and prescribed;

    c.   Defendant failed to adequately test the safety of VIOXX® which would have shown that the substantial risk of serious injury and/or illness including, but not limited to, strokes, heart attacks, and cardiovascular disease;

    d.   Defendant knew or should have known that permanent damage, including harmful and permanent effects could result from the intended use of the drugs, but Defendant sold them anyway; and

    e.   Defendant knew or should have known that is was unreasonable to place VIOXX® in commerce and into the hands of consumers.

M00171258\4

Exhibit 4
Page 40 of 64

112.    The VIOXX® manufactured, tested, designed, packaged, marketed, promoted, distributed, sold and/or prescribed by Defendant was never reasonably fit for the purposes for which it was sold, and the risk and dangers associated with its use outweighed the utility it provided.

113.    Defendant Merck, through its sale and promotion of the drug VIOXX® to agencies and instrumentalities of the State of Mississippi, breached its warranty of fitness for the purpose of proper medicinal uses free of out-of-balance side effects, and failed to conform to its own factual representations that the use of the product was safe.  These actions, related to the defective conditions, rendered the product unreasonably dangerous to the consumers of the State of Mississippi, and caused additional expense related to their use by the State.

114.    As a direct and proximate result of Defendant's unlawful and illegal conduct, the State of Mississippi has been, and continues to be, damaged.

## COUNT IX
## INJUNCTIVE RELIEF

115.    Plaintiff hereby repeats, incorporates by reference and realleges each and every allegation set forth above in this Complaint.

116.    The Defendant has engaged in many years of promoting and distributing for sale the prescription drug VIOXX®, under the guise of its safety and efficacy, despite its knowledge that the drug could and did cause physical harm to persons taking the drug as prescribed.  Such conduct is a violation of the laws of the State of Mississippi, and has created a health care burden for the State totaling millions of dollars.

117.    It is necessary and essential to stop the Defendant from promoting the sale of VIOXX®, a remedy which can only be effectively accomplished by enjoining the Defendant

M001712585

Exhibit 4
Page 41 of 64

from not only promoting the sale of Vioxx, but additionally in engaging in the sale or distribution of Vioxx.

118.    If such injunction enjoining the Defendants from promoting the sale of its prescription drug VIOXX® is not granted, the citizens of the State of Mississippi who thereafter ingest the drug will be irreparably harmed in that they will be substantially certain to suffer adverse health consequences.

119.    It is in the public interest to enjoin the Defendant from promoting the sale of VIOXX®.

120.    By this Complaint, the Attorney General seeks an injunction to be issued against the Defendant to prohibit it from promoting the sale of VIOXX®, and from engaging in the sale and distribution of said prescription drug.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for relief as follows:

(1) an Order enjoining the Defendant from promoting the sale of VIOXX®, and from engaging in the sale and distribution of VIOXX®;

(2) an Order declaring that the Defendant's conduct violated Miss. Code Ann. § 75-24-1, *et* seq., (1972) and Miss. Code Ann. § 11-1-63 and an injunction to restrain Defendant from engaging in practices in violation of Miss. Code Ann. §75-24-9 (1972), including the continuation of dissemination of false safety and efficiency information condoning VIOXX® to the public;

(3) an award of civil penalties against Defendant, pursuant to Miss. Code Ann. § 75-24-19(1972);

M0017125S6

Exhibit 4
Page 42 of 64

(4) an award pursuant to Miss. Code Ann. § 43-13-223, *et seq.*, (1972), of an amount

equal to the full amount Defendant received as a result of payments made by the Mississippi

Department of Medicaid for VIOXX®, plus an additional civil penalty equal to triple the full

amount received by Defendant on account of these payments;

(5) an award of compensatory damages to Plaintiff in such amount as is proved at trial;

(6) an award of punitive damages;

(7) an award of attorney's fees and prejudgment interest at the legal rate of interest, and

such other equitable, declaratory and further relief as the Court may deem appropriate.

> **JIM HOOD, ATTORNEY GENERAL,**
> *ex rel.*, **STATE OF MISSISSIPPI**
>
> BY: _____
> Rickey T. Moore   (M.S.B. #3457)
> Geoffrey C. Morgan   (M.S.B. #3474)
> Office of the Attorney General
> Post Office Box 220
> Jackson, MS 39205
> Telephone: (601) 359-3821

OF COUNSEL:

Sheila M. Bossier   (M.S.B. #10618)
John T. Kitchens   (M.S.B. #4188)
BOSSIER & KITCHENS, PLLC
1520 N. State Street
P. O. Box 55567
Jackson, MS 39296
Telephone: (601) 352-5450
Facsimile:  (601) 352-5452

M001712587

Exhibit 4
Page 43 of 64

## IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI

**JIM HOOD, Attorney General,** *ex rel*                                    **PLAINTIFF**

**VS.**                                           CIVIL ACTION NO.: C2005-1742 w/y

**MERCK & CO., INC.**                                           **DEFENDANT**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:     Merck & Co., Inc.
        Registered Agent, C T Corporation System
        645 Lakeland East Dr., Ste 1
        Flowood, MS 39232

### NOTICE TO DEFENDANT

THE COMPLAINT ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU
MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to Sheila M.
Bossier, Esq., attorney for Plaintiff, whose post office address is PO Box 55567, Jackson,
Mississippi 39296, and whose street address is 1520 North State Street, Jackson, MS
39202. Your response must be mailed or delivered within thirty (30) days from the date of
delivery of this summons and complaint or a judgment by default will be entered against
you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court
within a reasonable time afterward.

Issued under my hand the seal of this Court, this the 4th day of October,
2005.



EDDIE JEAN CARR, CHANCERY CLERK
HINDS COUNTY CHANCERY CLERK

By: DNSanders D.C.

M001712588

Exhibit 4
Page 44 of 64

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
10/05/2005
Log Number 510595593

**TO:**   Debra A Bollwage 519047798999
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ, 08889-0100

**RE:**   **Process Served in Mississippi**

**FOR:**  Merck & Co., Inc. (Domestic State: NJ)

RECEIVED
OCT 6 2005

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Jim Hood, Plaintiff vs. Merck & Co., Inc., Defendant. Summons directed to Merck & Co., Inc. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Hinds Chancery Court- 1st Judicial District, MS<br>Case # G2005-1742 W/4 |
| **NATURE OF ACTION:** | Vioxx Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Flowood, MS |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/05/2005 at 10:26 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days of service |
| **ATTORNEY(S) / SENDER(S):** | Shelia M. Bossier<br>P.O. Box 55567<br>Jackson, MS, 39296 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Priority Overnight, 790176772920 |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 645 Lakeland East Drive<br>Suite 101<br>Flowood, MS, 39232 |
| **TELEPHONE:** | 601-936-7400 |

Page 1 of 1 / JS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action.

M00172589

Exhibit 4
Page 45 of 64

Arrow                                                                    Page 1 of 1

FROM: Joanie Sours (601)936-7400
Mississippi CT Reps
646 Lakeland East Drive
Suite 101
Flowood, MS 39232

TO:  **Debra A Bollwage 519047798999 (908)423-1688**
**Merck & Co., Inc.**
**One Merck Drive**




FedEx Revenue Barcode

CAD#: 8279671
SHIP DATE: 05OCT05
WEIGHT: 1 LB

**Whitehouse Station, NJ 08889**
Ref: SOP/--/510696693/Joanie Sours



DELIVERY ADDRESS (FedEx-EDR)

**PRIORITY OVERNIGHT**

**THU**
**A2**

TRK # 7901 7677 2920    FORM
0201

**EWR**

Deliver by:
06OCT05

08889   -NJ-US



# XA JVIA

CLS061305

M00171259O

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**A CERTIFIED TRUE COPY**

DEC 22 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2005 DEC 23   AM 11: 21

LORETTA G. WHYTE
CLERK

*DOCKET NO. 1657*

DEC - 6 2005

FILED
CLERK'S OFFICE

*JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

# IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-34)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,517 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 2 2 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee_____
___ Process_____
_X_/Dktd_____
_/ CtRmDep_____
___ Doc. No._____

Exhibit 4
Page 47 of 64

## SCHEDULE CTO-34 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.  L/3 |
|---|---|---|
| **ALABAMA SOUTHERN** | | |
| ALS   1  05-626 | Bettie Cassel v. Merck & Co., Inc. | 05-6692 |
| **ARKANSAS WESTERN** | | |
| ARW  6  05-6078 | John Gray, etc. v. Merck & Co., Inc. | 05-6693 |
| **ARIZONA** | | |
| AZ    3  05-3600 | Thomas Bruno v. Merck & Co., Inc. | 05-6694 |
| **CALIFORNIA CENTRAL** | | |
| CAC  2  05-7910 | Miron A. Costin, et al. v. Merck & Co., Inc. | 05-6695 |
| **CALIFORNIA EASTERN** | | |
| CAE   2  05-2199 | Bryce Reeve v. Merck & Co., Inc. | 05-6696 |
| CAE   2  05-2203 | Clara Puma v. Merck & Co., Inc., et al. | 05-6697 |
| ~~CAE   2  05-2218~~ | ~~Vance Skillsky v. Merck & Co., Inc, et al.~~ Opposed 12/20/05 | |
| ~~CAE   2  05-2267~~ | ~~Clayton Welch v. Merck & Co., Inc., et al.~~ Opposed 12/20/05 | |
| **CALIFORNIA NORTHERN** | | |
| CAN  3  05-4718 | Elvira Casale v. Merck & Co., Inc., et al. | 05-6798 |
| **CONNECTICUT** | | |
| CT    3  05-1643 | Robert Macher v. Merck & Co., Inc. | 05-6699 |
| **FLORIDA MIDDLE** | | |
| FLM  3  05-1143 | Dolores Anderson v. Merck & Co., Inc. | 05-6700 |
| FLM  3  05-1144 | Truett George, et al. v. Merck & Co., Inc., et al. | 05-6701 |
| FLM  3  05-1145 | Laura Dellamonica v. Merck & Co., Inc. | 05-6702 |
| FLM  3  05-1147 | Marcia Pitts v. Merck & Co., Inc. | 05-6703 |
| FLM  5  05-469 | Edwin Linhart v. Merck & Co., Inc., et al. | 05-6704 |
| FLM  8  05-2109 | Warren Monberg v. Merck & Co., Inc., et al. | 05-6705 |
| FLM  8  05-2116 | Thomas Cesarski v. Merck & Co. Inc., et al. | 05-6706 |
| FLM  8  05-2117 | Albert Hassan v. Merck & Co., Inc., et al. | 05-6707 |
| FLM  8  05-2118 | Ronald Timpanaro v. Merck & Co., Inc., et al. | 05-6708 |
| **FLORIDA SOUTHERN** | | |
| FLS   0  05-61705 | Thomas Schulkind, et al. v. Merck & Co., Inc. | 05-6709 |
| FLS   1  05-22878 | Roxanne De Los Reyes, et al. v. Merck & Co., Inc. | 05-6710 |
| FLS   1  05-22879 | Maria Roman v. Merck & Co., Inc. | 05-6711 |
| FLS   1  05-22891 | Anne Greggains v. Merck & Co., Inc. | 05-6712 |
| FLS   4  05-10115 | Ronald Finkelstein v. Merck & Co., Inc. | 05-6713 |
| **GEORGIA MIDDLE** | | |
| GAM  4  05-123 | Lurlene Perry v. Merck & Co., Inc. | 05-6714 |
| **IOWA NORTHERN** | | |
| IAN   5  05-4135 | Bradley Rowe, et al. v Merck & Co., Inc. | 05-6715 |

Exhibit 4

Page 48 of 64

SCHEDULE CTO-34 TAG-ALONG ACTIONS (MDL-1657)                              PAGE 2 of 5

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **KENTUCKY WESTERN** | | |
| ~~KYW 1 05-175~~ | ~~James L. Bragg, Jr., etc. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| KYW 3 05-597 | Ronald Campbell v. Hardin County Kentucky, et al. | 05-6716 |
| ~~KYW 3 05-645~~ | ~~Jeffrey Joyce v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-657~~ | ~~Isabella B. Cummings, et al. v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-662~~ | ~~Barbara Keeling v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-679~~ | ~~Daniel Gill v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-684~~ | ~~Onna James, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-686~~ | ~~Garlin Cupp, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-692~~ | ~~Martha Sue Taylor v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-693~~ | ~~Sarah E. Nichols, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-694~~ | ~~William Mohon, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-695~~ | ~~Scarlett Macy, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-696~~ | ~~Shannon M. Age, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-711~~ | ~~Faye Byers, et al. v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-712~~ | ~~Dora Gorman, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-713~~ | ~~Cleo D. Gilbert, et al. v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-714~~ | ~~Lorenia Henson, etc. v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-715~~ | ~~Darrell G. Moore, et al. v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-717~~ | ~~Billy Joe Logsdon, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-718~~ | ~~Kathryn O'Neill v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-719~~ | ~~Paul E. Mangeot, et al. v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-724~~ | ~~Millard T. Shepherd v. Merck & Co., Inc.~~ Opposed 12/21/05 | |
| ~~KYW 3 05-729~~ | ~~Luther B. Yount, Jr., et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| KYW 5 05-211 | Carroll Gene Dorroh v. Merck & Co., Inc. | 05-6717 |
| ~~KYW 5 05-212~~ | ~~Wanda Sue Parker, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| | | |
| **LOUISIANA MIDDLE** | | |
| LAM 3 05-1292 | Crystal Wright, et al. v. Merck & Co., Inc. | 05-6718 |
| | | |
| **LOUISIANA WESTERN** | | |
| LAW 1 05-1669 | L.C. Wiley, et al. v. Merck & Co., Inc., et al. | 05-6719 |
| LAW 2 05-1768 | Michael Breaux v. Merck & Co., Inc. | 05-6720 |
| LAW 2 05-1771 | Robert Berard v. Merck & Co., Inc. | 05-6721 |
| LAW 2 05-1772 | Howard Fontenot v. Merck & Co., Inc. | 05-6722 |
| LAW 2 05-1773 | Bryan Harper v. Merck & Co., Inc. | 05-6723 |
| LAW 2 05-1774 | James Hooper, Jr. v. Merck & Co., Inc. | 05-6724 |
| LAW 2 05-1847 | Donna Seaton v. Merck & Co., Inc. | 05-6725 |
| LAW 5 05-1870 | Halvor Peterson v. Merck & Co., Inc., et al. | 05-6726 |
| LAW 6 05-1368 | William Lee Melancon, Sr., et al. v. Merck & Co., Inc. | 05-6727 |
| | | |
| **MARYLAND** | | |
| MD 1 05-2625 | Lisa Matthews, et al. v. Merck & Co., Inc. | 05-6728 |
| MD 1 05-3027 | Annie M. Sullivan v. Merck & Co., Inc. | 05-6729 |
| | | |
| **MINNESOTA** | | |
| MN 0 05-2377 | Paula Crouch, etc. v. Merck & Co., Inc. | 05-6730 |
| MN 0 05-2478 | Rebecca J. Kegler v. Merck & Co., Inc. | 05-6731 |
| MN 0 05-2601 | Karen Langness, et al. v. Merck & Co. | 05-6732 |
| MN 0 05-2668 | Gary L. Kober v. Merck & Co., Inc. | 05-6733 |
| | | |
| **MISSOURI EASTERN** | | |
| ~~MOE 4 05-1944~~ | ~~James Coleman v. Merck & Co., Inc.~~ Opposed 12/20/05 | |
| ~~MOE 4 05-1945~~ | ~~Robert Ruzicka, et al. v. Merck & Co., Inc.~~ Opposed 12/20/05 | |
| ~~MOE 4 05-1977~~ | ~~Roy Lacey, et al. v. Merck & Co., Inc.~~ Opposed 12/22/05 | |
| MOE 4 05-1978 | Wayne Lyons, et al. v. Merck & Co., Inc., et al. | 05-6734 |
| MOE 4 05-1985 | Russel Curtis, et al. v. Merck & Co., Inc. | 05-6735 |

Exhibit 4

Page 49 of 64

SCHEDULE CTO-34 TAG-ALONG ACTIONS  (MDL-1657)                    PAGE 3 of 5

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.  L/3 |
|---|---|---|
| MOE  4  05-1986 | Zelmar Bond v. Merck & Co., Inc. | 05-6736 |
| MOE  4  05-2001 | Wanda Patterson v. Merck & Co., Inc. | 05-6737 |
| MOE  4  05-2031 | Virginia Whitton, etc. v. Merck & Co., Inc. | 05-6738 |
| MOE  4  05-2033 | Linda Sue Lewis, et al. v. Merck & Co., Inc., et al. | 05-6739 |
| MOE  4  05-2041 | Gene Warmann v. Merck & Co., Inc., et al. | 05-6740 |
| ~~MOE  4  05-2046~~ | ~~Brian Lawson, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/22/05 | |
| MOE  4  05-2054 | Darrell Hunt v. Merck & Co., Inc., et al. | 05-6741 |
| MOE  4  05-2118 | Cheryl Wolff v. Merck & Co., Inc. | 05-6742 |
| MOE  4  05-2159 | Joyce Kern v. Merck & Co., Inc. | 05-6743 |
| MOE  4  05-2160 | Jack Levitt v. Merck & Co., Inc. | 05-6744 |
| MOE  4  05-2166 | Pearlie Lindsey v. Merck & Co., Inc. | 05-6745 |
| | | |
| MISSOURI WESTERN | | |
| MOW  4  05-1090 | Robert Wiese, etc. v. Merck & Co., Inc. | 05-6746 |
| MOW  4  05-1116 | Maurice Logan v. Merck & Co., Inc. | 05-6747 |
| MOW  4  05-1117 | James M. Howerter, et al. v. Merck & Co., Inc. | 05-6748 |
| MOW  6  05-3538 | Lora Ann Creson v. Merck & Co., Inc., et al. | 05-6749 |
| | | |
| MISSISSIPPI NORTHERN | | |
| MSN  2  05-231 | Caroline Paris v. Merck & Co., Inc., et al. | 05-6750 |
| MSN  2  05-232 | Lionel James v. Merck & Co., Inc., et al. | 05-6751 |
| MSN  2  05-233 | Tekonsa Green v. Merck & Co., Inc., et al. | 05-6752 |
| MSN  4  05-253 | Charlene Meeks v. Merck & Co., Inc., et al. | 05-6753 |
| MSN  4  05-255 | Willie Bee v. Merck & Co., Inc., et al. | 05-6754 |
| | | |
| MISSISSIPPI SOUTHERN | | |
| MSS  3  05-666 | Jim Hood, ex rel. v. Merck & Co., Inc. | 05-6755 |
| MSS  3  05-687 | Charity Kelly v. Merck & Co., Inc., et al. | 05-6756 |
| | | |
| NEW MEXICO | | |
| NM  2  05-1095 | Rex Allen v. Merck & Co., Inc. | 05-6757 |
| | | |
| NEW YORK EASTERN | | |
| NYE  1  05-5113 | Walter Sagel, et al. v. Merck & Co., Inc. | 05-6758 |
| NYE  1  05-5151 | Richard Edgar v. Merck & Co., Inc. | 05-6759 |
| NYE  1  05-5306 | Lewis Warren, et al. v. Merck & Co., Inc. | 05-6760 |
| | | |
| NEW YORK SOUTHERN | | |
| ~~NYS  1  05-9313~~ | ~~Mary Bainum, et al. v. Merck & Co., Inc.~~ Opposed 12/22/05 | |
| ~~NYS  1  05-9383~~ | ~~Jose Rivera, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| NYS  1  05-9534 | Amanda Evans, etc. v. Merck & Co., Inc. | 05-6761 |
| | | |
| OHIO NORTHERN | | |
| ~~OHN  1  05-2547~~ | ~~William Jeffries, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/21/05 | |
| OHN  1  05-2586 | Joane Johnson, etc. v. Merck & Co., Inc. | 05-6762 |
| OHN  1  05-2663 | Carrie Moore, etc. v. Merck & Co., Inc. | 05-6763 |
| | | |
| OHIO SOUTHERN | | |
| ~~OHS  1  05-705~~ | ~~Frederick McNamara, et al. v. Merck & Co., Inc., et al.~~ Vacated 12/21/05 | |
| | | |
| OKLAHOMA EASTERN | | |
| OKE  6  05-438 | Heather King, etc. v. Merck & Co., Inc. | 05-6764 |
| OKE  6  05-439 | Ronna Napier, etc. v. Merck & Co., Inc. | 05-6765 |
| | | |
| OKLAHOMA WESTERN | | |
| OKW  5  05-1265 | Francis Anderson v. Merck & Co., Inc., et al. | 05-6766 |
| OKW  5  05-1308 | David M. Jones, et al. v. Merck & Co., Inc., et al. | 05-6767 |

Exhibit 4

SCHEDULE CTO-34 TAG-ALONG ACTIONS  (MDL-1657)                    PAGE 4 of 5

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.  L/3 |
|---|---|---|

**OREGON**

| | | |
|---|---|---|
| OR  3  05-1654 | Marilyn Blatter v. Merck & Co., Inc. | 05-6768 |
| OR  3  05-1709 | James A. Boullet v. Merck & Co., Inc. | 05-6769 |
| OR  6  05-1701 | Dolores Syverson, et al. v. Merck & Co., Inc. | 05-6770 |

**PENNSYLVANIA EASTERN**

| | | |
|---|---|---|
| PAE  2  05-5289 | Janice M. Richardson, et al. v. Merck & Co., Inc., et al. | 05-6771 |
| PAE  2  05-5679 | William Allen v. Merck & Co., Inc., et al. | 05-6772 |
| PAE  2  05-5975 | Greg Rhineer, etc v. Merck & Co., Inc., et al. | 05-6773 |
| PAE  2  05-6030 | Russell Beach, et al. v. Merck & Co., Inc. | 05-6774 |

**PENNSYLVANIA MIDDLE**

| | | |
|---|---|---|
| PAM  1  05-2311 | Stanley Bethea v. Merck & Co., Inc. | 05-6775 |

**TENNESSEE EASTERN**

| | | |
|---|---|---|
| ~~TNE  1  05-306~~ | ~~James E. Queen, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/20/05 | |
| TNE  2  05-292 | George Sklenicka v. Merck & Co., Inc. | 05-6776 |
| TNE  3  05-520 | Theadore Trohanowski v. Merck & Co., Inc. | 05-6777 |
| TNE  3  05-521 | Robert Vineyard v. Merck & Co., Inc. | 05-6778 |

**TENNESSEE MIDDLE**

| | | |
|---|---|---|
| TNM  2  05-117 | Mildred Clark, etc. v. Merck & Co., Inc. | 05-6779 |
| TNM  3  05-884 | Randal C. Childress v. Merck & Co., Inc. | 05-6780 |
| TNM  3  05-885 | Pansy M. Nash v. Merck & Co., Inc. | 05-6781 |
| TNM  3  05-886 | Charlotte L. Johnson v. Merck & Co., Inc. | 05-6782 |
| TNM  3  05-887 | Deborah D. Todd, et al. v. Merck & Co., Inc. | 05-6783 |
| TNM  3  05-888 | Vivian Yvonne Jordan v. Merck & Co., Inc. | 05-6784 |
| TNM  3  05-889 | Francisco Negron v. Merck & Co., Inc. | 05-6785 |
| TNM  3  05-890 | Jeffrey R. Hein v. Merck & Co., Inc. | 05-6786 |
| TNM  3  05-891 | Roy L. Miller v. Merck & Co., Inc. | 05-6787 |
| TNM  3  05-892 | Geneva B. Bledsoe v. Merck & Co., Inc. | 05-6788 |
| TNM  3  05-893 | Connie J. Thedford v. Merck & Co., Inc. | 05-6789 |
| TNM  3  05-894 | Joyce A. Odom v. Merck & Co., Inc. | 05-6790 |
| TNM  3  05-895 | Terry R. Staggs v. Merck & Co., Inc. | 05-6791 |
| TNM  3  05-898 | Carolyn C. Long v. Merck & Co., Inc. | 05-6792 |
| TNM  3  05-899 | Eddean Blackwood v. Merck & Co., Inc. | 05-6793 |
| TNM  3  05-900 | Patricia R. Ochs v. Merck & Co., Inc. | 05-6794 |
| TNM  3  05-901 | William S. Rogers v. Merck & Co., Inc. | 05-6795 |
| TNM  3  05-902 | Glenn Galyon v. Merck & Co., Inc. | 05-6796 |
| TNM  3  05-903 | Joe D. Wooden v. Merck & Co., Inc. | 05-6797 |
| TNM  3  05-905 | Janice K. Nichols v. Merck & Co., Inc. | 05-6798 |
| TNM  3  05-906 | Susie R. Mallory, et al. v. Merck & Co., Inc. | 05-6799 |
| TNM  3  05-907 | Magaly H. Arcia v. Merck & Co., Inc. | 05-6800 |
| TNM  3  05-908 | Thurman Williams v. Merck & Co., Inc. | 05-6801 |
| TNM  3  05-909 | Sarah Prince v. Merck & Co., Inc. | 05-6802 |
| TNM  3  05-910 | Ralph D. Tropeano v. Merck & Co., Inc. | 05-6803 |
| TNM  3  05-911 | Roy F. Cantrell v. Merck & Co., Inc. | 05-6804 |
| TNM  3  05-912 | Ruthie M. Hayes v. Merck & Co., Inc. | 05-6805 |
| TNM  3  05-914 | Dorothy M. Crum v. Merck & Co., Inc. | 05-6806 |
| TNM  3  05-915 | Roxie Lacy v. Merck & Co., Inc. | 05-6807 |
| TNM  3  05-916 | Mary L. Hopper v. Merck & Co., Inc. | 05-6808 |
| TNM  3  05-917 | Frances C. Hitchcock v. Merck & Co., Inc. | 05-6809 |
| TNM  3  05-918 | Evelyln D. Arnold v. Merck & Co., Inc. | 05-6810 |
| TNM  3  05-919 | Johnny W. Barrett v. Merck & Co., Inc. | 05-6811 |
| TNM  3  05-920 | Virginia Reno v. Merck & Co., Inc. | 05-6812 |
| TNM  3  05-921 | Michael B. Cooper v. Merck & Co., Inc. | 05-6813 |
| TNM  3  05-922 | Georgia M. Savage v. Merck & Co., Inc. | 05-6814 |

Exhibit 4

Page 51 of 64

Case 2:05-md-01657-EEF-DEK     Document 2416     Filed 12/23/2005     Page 6 of 18

SCHEDULE CTO-34 TAG-ALONG ACTIONS (MDL-1657)                          PAGE 5 of 5

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.  L/3 |
|---|---|---|
| TNM  3  05-923 | Audra Brown v. Merck & Co., Inc. | 05-6815 |
| TNM  3  05-924 | Willie B. Guess v. Merck & Co., Inc. | 05-6816 |
| TNM  3  05-925 | Velera Norfleet v. Merck & Co., Inc. | 05-6817 |
| TNM  3  05-926 | Margaret A. Tolliver v. Merck & Co., Inc. | 05-6818 |
| TNM  3  05-929 | Audrey L. Rice v. Merck & Co., Inc. | 05-6819 |
| TNM  3  05-930 | Grover M. Cleveland v. Merck & Co., Inc. | 05-6820 |
| TNM  3  05-931 | Janice Kilgore, et al. v. Merck & Co., Inc. | 05-6821 |
| TNM  3  05-932 | Edward Ellis, etc. v. Merck & Co., Inc. | 05-6822 |
| TNM  3  05-937 | Shelby J. Crabtree v. Merck & Co., Inc. | 05-6823 |
| TNM  3  05-938 | Greta I. Macpherson v. Merck & Co., Inc. | 05-6824 |
| TNM  3  05-939 | Leroy S. Andrews v. Merck & Co., Inc. | 05-6825 |
| TNM  3  05-940 | Janene Pennel v. Merck & Co., Inc. | 05-6826 |
| TNM  3  05-941 | Debrah T. Reid v. Merck & Co., Inc. | 05-6827 |
| TNM  3  05-959 | Roger G. Cope v. Merck & Co., Inc., et al. | 05-6828 |
| **TENNESSEE WESTERN** | | |
| TNW  1  05-1328 | James Michaels, et al. v. Merck & Co., Inc., et al. | 05-6829 |
| TNW  1  05-1334 | Brenda C. Derryberry, et al. v. Merck & Co., Inc., et al. | 05-6830 |
| TNW  1  05-1335 | Carolyn Vaughan, et al. v. Merck & Co., Inc., et al. | 05-6831 |
| TNW  1  05-1343 | Celia Golliver, etc. v. Ure Agadaga, et al. | 05-6832 |
| TNW  1  05-1344 | Janice Beal, etc. v. Merck & Co., Inc., et al. | 05-6833 |
| TNW  2  05-2829 | Rodney Ward, et al. v. Merck & Co., Inc. | 05-6834 |
| TNW  2  05-2830 | Ola Looney v. Merck & Co., Inc., et al. | 05-6835 |
| **TEXAS EASTERN** | | |
| TXE  1  05-573 | *HARPER v. Merck & Co. Inc.* | 05-6836 |
| TXE  1  05-675 | Alberta Cowart, etc., v. Merck & Co., Inc., et al. | 05-6837 |
| **TEXAS NORTHERN** | | |
| TXN  4  05-725 | Carmen Flores, etc., v. Merck & Co., Inc. | 05-6838 |
| **TEXAS SOUTHERN** | | |
| TXS  1  05-281 | Carolyn Lyttle, et al. v. Merck & Co., Inc. | 05-6839 |
| TXS  3  05-601 | Henry S. Hill v. Merck & Co., Inc., et al. | 05-6840 |
| TXS  4  05-3785 | Willia C. DeBose v. Merck & Co., Inc., et al. | 05-6841 |
| TXS  4  05-3786 | Lanita Lewis v. Merck & Co., Inc., et al. | 05-6842 |
| ~~TXS  4  05-3821~~ | ~~Terry Frisby v. Merck & Co., Inc., et al.~~ Opposed 12/22/05 | |
| **WASHINGTON WESTERN** | | |
| WAW  2  05-1703 | Joseph Anderson, etc. v. Merck & Co., Inc. | 05-6843 |
| WAW  2  05-1855 | Alice M. Pleasant v. Merck & Co., Inc. | 05-6844 |
| WAW  2  05-1867 | Michelle Deebach, et al. v. Merck & Co., Inc. | 05-6845 |
| WAW  2  05-1906 | Genevieve Whitacre, etc. v. Merck & Co., Inc. | 05-6846 |

Exhibit 4
Page 52 of 64

**INVOLVED COUNSEL LIST (CTO-34)**
**DOCKET NO. 1657**
**IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY**
**LITIGATION**

Jeff Steven Abers
Fazio, Dawson, Disalvo,
Cannon, et al.
633 S. Andrews Avenue
Suite 500
P.O. Box 14519
Fort Lauderdale, FL 33301

David F. Albright, Jr.
Bennett & Albright, PA
200 Court Square Building
200 E. Lexington Street
Baltimore, MD 21202

Joseph R. Alexander, Jr.
Mithoff & Jacks, L.L.P.
500 Dallas Street
Suite 3450
Houston, TX 77002

Clayeo C. Arnold
Clayeo C. Arnold, PLC
608 University Avenue
Sacramento, CA 95825

Kurt Brynilde Arnold
Arnold & Itkin, LLP
909 Fannin Street
Suite 3838
Houston, TX 77010

D. Cheryl Atwell
Reminger & Reminger
200 Courtyard Square
80 South Summit Street
Akron, OH 44308

Bryan F. Aylstock
Aylstock Witkin & Sasser
55 Baybridge Drive
Gulf Breeze, FL 32561

A. Elizabeth Balakhani
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Lee B. Balefsky
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

Daniel E. Barenbaum
Lieff, Cabraser, Heimann
& Bernstein, LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

Lawrence Baron
1515 S.W. Fifth Avenue, Suite 808
Portland, OR 97201

Donald S. Battcher
9319 Taylorsville Road
Louisville, KY 40299-1737

Dawn Marie Bergin
Lewis & Roca LLP
40 N. Central Ave
Phoenix, AZ 85004-4429

Carmelite M. Bertaut
Stone, Pigman, Walther
& Wittman, LLC
One United Plaza, Suite 501
4041 Essen Lane
Baton Rouge, LA 70809

Stanley Bethea
P.O. Box 704
Harrisburg, PA 17108

Donald F. Black
Harrell & Harrell, PA
4735 Sunbeam Road
Jacksonville, FL 32257

Dana A. Blanton
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Alexandra V. Boone
Morgan & Weisbrod, LLP
11551 Forest Central Dr., Suite 300
P.O. Box 821329
Dallas, TX 75382-1329

Steven J. Boranian
Reed Smith, LLP
Two Embarcadero Center, Suite 2000

P.O. Box 7936
San Francisco, CA 94111

Jeffrey A. Bowersox
Savage, Bowersox, Supperstein, LLP
620 S.W. Fifth Avenue
Suite 1125
Portland, OR 97204

Thomas J. Brandi
Thomas J. Brandi Law Offices
44 Montgomery St., Ste 1050
San Francisco, CA 94104

Rickey J. Brantley
Jose, Henry, Brantley & Keltner
675 North Henderson Street
Ft. Worth, TX 76107

Ann Cynthia Braun
Hinkle Law Offices
3939 San Pedro Blvd., NE
Bldg. A
Albuquerque, NM 87110

Anthony G. Brazil
Morris, Polich & Purdy, LLP
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017-2503

Mark I. Bronson
Newman & Bronson
2300 West Port Plaza Drive
St. Louis, MO 63146-3213

Daniel G. Brown
Darby & Gazak, P.S.C.
10400 Linn Station Road
Suite 226
Louisville, KY 40223

Donald K. Brown, Jr.
O'Bryan, Brown & Toner, PLLC
1500 Starks Building
455 South Fourth Street
Louisville, KY 40202-2513

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Exhibit 4
Page 53 of 64

INVOLVED COUNSEL LIST (CTO-34) MDL-1657                                        PAGE 2 of 5

Melvin W. Brunson
631 South Royal Street
Suite 704
Mobile, AL 36602

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square, 10th Floor
Oklahoma City, OK 73102

Robert A. Bunda
Bunda, Stutz & DeWitt
One Seagate, Suite 650
Toledo, OH 43604

Kathleen L. Caldwell
Law Office of Kathleen L. Caldwell
Laird Place
2080 Peabody Avenue
Memphis, TN 38104

Clifford Lee Carter
Clayeo C. Arnold, PLC
608 University Avenue
Sacramento, CA 95825

Jeffrey W. Chambers
Ware, Jackson, Lee & Chambers, LLC
America Tower, 42nd Floor
2929 Allen Parkway
Houston, TX 77019

Louis P. Chiozza, Jr.
Chiozza & Associates
230 Adams Ave.
Memphis, TN 38103

Steven L. Chung
Shrager, Spivey, Sachs & Weinstock
2001 Market Street
Two Commerce Square
32nd Floor
Philadelphia, PA 19103

Amanda M. Cialkowski
Halleland, Lewis, Nilan, Sipkins
& Johnson
220 South 6th Street, Suite 600
Minneapolis, MN 55402

John A. Combs
Frost, Brown & Todd, L.L.C.
250 West Main Street, Suite 2700
Lexington, KY 40507-1742

Roger G. Cope
P.O. Box 85
Bethpage, TN 37022

Andrew L. Davick
Meshbesher & Spence, Ltd.
416 South Broadway
Rochester, MN 55904

Grant L. Davis
Davis, Bethune & Jones, LLC
1100 Main Street
2930 City Center Square
Kansas City, MO 64105

David A. Dick
Thomspson Coburn, LLP
One US Bank Plaza
Suite 2600
St Louis, MO 63101

William Dinkes
Dinkes & Schwitzer
112 Madison Avenue
10th Floor
New York, NY 10016

James M. Doran, Jr.
Waller, Lansden, Dortch & Davis
511 Union Street, Suite 2100
Nashville, TN 37219

Jeffrey Keith Douglass
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044

William T. Dowd
Dowd & Dowd
100 North Broadway, Suite 2175
St. Louis, MO 63102

Susan L. Eads
Edmonds, Cole, Hargrave, Givens, et al.
One N. Hudson, Suite 200
Oklahoma City, OK 73102

Tony W. Edwards
Stipe, Harper, Laizure, Uselton,
Edwards & Belote
P.O. Box 1369
McAlester, OK 74502

Vicki A. Elmer
Stanley, Flanagan & Reuter, Llc
909 Poydras St., Suite 2500
New Orleans, LA 70112

Frances C. Fenelon
Waller Lansden Dortch & Davis
P.O. Box 198966
Nashville, TN 37219-8966

Henry D. Fincher
305 East Spring Street
Cookeville, TN 38501-3311

Brenda S. Fulmer
Alley & Ingram, P.A.
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Dawn Mayeux Fuqua
Melancon & Associate
900 S. College Road
Suite 300
Lafayette, LA 70503

Richard B. Garrett
Rushton, Stakely, Johnston & Garrett,
PA
P.O. Box 270
Montgomery, AL 36101

D. Sharon Gentry
Riggs, Abney, Neal, Turpen, Orbison
& Lewis
5801 N Broadway Avenue
Suite 101
Oklahoma City, OK 73118

Evan S. Glanz
Gibbons, Del Deo, Dolan,
Griffinger, et al.
One Riverfront Plaza
Newark, NJ 07102

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Leslie Greenspan
Stradley, Ronon, Stevens & Young,
LLP
2600 One Commerce Square
Philadelphia, PA 19103

Charles E. Griffin
Griffin & Associates
125 South Congress Street
Suite 1515
P.O. Box 968
Jackson, MS 39205-0968

William H. Gussman, Jr.
Schulte, Roth & Zabel
919 Third Avenue
New York, NY 10022

Exhibit 4
Page 54 of 64

INVOLVED COUNSEL LIST (CTO-34) MDL-1657                                     PAGE 3 of 5

William Michael Hamilton
Provost Umphrey
2002 Richard Jones Road
Suite 103-C
Nashville, TN 37215

Amy N. Hanson
Keller, Rohrback, LLP
1201 3rd Avenue, Suite 3200
Seattle, WA 98101-3052

Charles C. Harrell
Butler, Snow, O'Mara, Stevens
& Cannada , PLLC
6075 Poplar Avenue
Suite 500
Memphis, TN 38119

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

H. Jefferson Hebert, Jr.
Herbert, Herbert & Pack
P.O. Box 1000
135 N.Public Square
Glasgow, KY 42142

Russ M. Herman
Herman, Herman, Katz
& Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
601 Union Street
Suite 4100
Seattle, WA 98101

H. Daniel Holm, Jr.
Ball, Kirk & Holm, P.C.
Toy National Bank Bldg.
3324 Kimball Ave.
P.O. Box 2696
Waterloo, IA 50704

Stephen S. Hornbuckle
909 Fannin Street
Suite 3010
Houston, TX 77010

J. Andrew Hoyal, II
Luvera, Barnett, Brindley
& Cunningham
701 5th Ave., Suite 6700
Seattle, WA 98104

William Zachary Hughes
Baker Botts LLP
910 Louisiana
Suite 3000 One Shell Plaza
Houston, TX 77002-4995

Jason A. Itkin
Arnold & Itkin, LLP
909 Fannin Street
Suite 3838
Houston, TX 77010

Michael P. Jacobs
Rawlings, Nieland, Probasco, Killinger
522 Fourth Street
Suite 300
Sioux City, IA 51101

David Jaroslawicz
Jaroslawicz & Jaros
150 William Street
New York, NY 10038

Robert K. Jenner
Janet, Jenner & Suggs, LLC
1829 Reistertown Road
Suite 320
Baltimore, MD 21208

Alyson B. Jones
Butler Snow O'mara Stevens
& Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Christy D. Jones
Butler, Snow, O'Mara, Stevens
& Cannada , PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street
Suite 3000
Houston, TX 77002-9934

Marc W. Judice
Judice & Adley
P.O. Box 51769
Lafayette, LA 70505-1769

Grant Kaiser
Kaiser Firm, LLP
8441 Gulf Freeway
Suite 600
Houston, TX 77017-5001

Patricia J. Kasputys
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 North Charles Street
20th Floor
Baltimore, MD 21201

Martin A. Kasten
Friday, Eldredge & Clark
2000 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201-3493

James M. Kelley, III
Elk & Elk
6110 Parkland Boulevard
Mayfield Heights, OH 44124

John A. Kenney
McAfee & Taft
Two Leadership Square, 10th Floor
211 N. Robinson
Oklahoma City, OK 73102-7101

Rosalie Euna Kim
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

John A. Lancione
Lancione & Lancione
Suite 2945
200 Public Square
Cleveland, OH 44114

Andrew J. Lee
Schwabe, Williamson & Wyatt
1600-1900 Pacwest Center
1211 SW 5th Avenue
Suites 1600 - 1900
Portland, OR 97204-3795

Lawrence Levine
460 Park Ave. South
New York, NY 10016

Elizabeth Woody Lindquist
Bernard, Lundgren & Associates
900 Aurora Avenue, North
Suite 100
Seattle, WA 98109

Exhibit 4
Page 55 of 64

INVOLVED COUNSEL LIST (CTO-34) MDL-1657                                    PAGE 4 of 5

Michael A. London
Douglas & London
111 John Street
8th Floor
New York, NY 10038

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

Gerry Lowry
Fulbright & Jaworski, L.L.P.
1301 McKinney Street
Suite 5100
Houston, TX 77010-3095

Patricia E. Lowry
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen E. Marshall
Venable, Baetjer & Howard, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201

James M. Martin
Martin & Malec
1007 Olive Street, 5th Floor
St. Louis, MO 63101

Floyd L. Matthews, Jr.
Spohrer, Wilner, Maxwell
& Matthews, P.A
701 West Adams Street, Suite 2
Jacksonville, FL 32204

Joseph H. Mattingly, III
104 W. Main Street
P.O. Box 678
Lebanon, KY 40033

William T. McCall
Guillory & McCall
P.O. Box 1607
Lake Charles, LA 70602

Hardy C. Menees
Menees & Whitney
121 W. Adams
St. Louis, MO 63122

Winston E. Miller
Frost, Brown & Todd, L.L.C.
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Charles R. Mindlin
Fenstersheib & Fox
520 W. Hallandale Beach Blvd.
Hallandale, FL 33009-5307

Ralph J. Monaco
Conway & Londregan
38 Huntington Street
P.O. Box 1351
New London, CT 06320

John C. Moore
Moore Law Group, PC
4248 Galewood Street
Lake Oswego, OR 97035

Rickey T. Moore
Office of the Attorney General
P.O. Box 220
Jackson, MS 39205-0220

John E. Morton
Hunter & Morton
P.O. Box 11710
Alexandria, LA 71315-1710

Anthony J. Nemo
Meshbesher & Spence, Ltd.
1616 Park Avenue
Minneapolis, MN 55404

Steven G. Ohrvall
Hill Boren
P.O. Box 3539
1269 North Highland Ave.
Jackson, TN 38033-3539

Ann B. Oldfather
Oldfather & Morris
1330 South Third Street
Louisville, KY 40208

Robb W. Patryk
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

David M. Peterson
Peterson & Associates
801 West 47th Street
The Park Plaza Building
Suite 107
Kansas City, MO 64112

Ben B. Philips
Swearingen & Philips
P.O. Box 2808
1214 Third Avenue
Columbus, GA 31902

Patrick J. Phillips
7751 Carondelet Ave., Suite 700
Clayton, MO 63105

Randall J. Phillips
Hill Boren
P.O. Box 3539
1269 North Highland Ave.
Jackson, TN 38033

Ira C. Podlofsky
Podlofsky, Orange, Kitt & Kolenovsky
98 Cutter Mill Road
Suite 299 North
Great Neck, NY 11021

Stephen J. Randall
Randall & Schumacher, PLLP
1012 Grain Exchange Building
400 South 4th Street
Minneapolis, MN 55415

D. Brian Rattliff
Bubalo & Hiestand, PLC
401 S. Fourth Street, Suite 800
Louisville, KY 40202

Bryan C. Reuter
Stanley, Flanagan & Reuter, LLC
909 Poydras Street
Suite 2500
New Orleans, LA 70112

Ken D. Rogers
Fredrick, Rogers & Vaughn, P.C.
1518 E. Bradford Parkway
Springfield, MO 65804

Peter A. Saba
Finney, Stagnaro, Saba & Klusmeier
2623 Erie Ave.
Cincinnati, OH 45208

Robert L. Salim
P.O. Box 2069
Natchitoches, LA 71457-2069

Mark D. Samson
Keller Rohrback, P.L.C.
3101 North Central Avenue
Suite 900
National Bank Plaza
Phoenix, AZ 85012-2600

Donald L. Schlapprizzi
Donald L. Schlapprizzi, P.C.
701 Market Street, Suite 1550
St. Louis, MO 63101

Exhibit 4

INVOLVED COUNSEL LIST (CTO-34) MDL-1657                                                    PAGE 5 of 5

Alan G. Schwartz
Wiggin & Dana
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832

Rebecca C. Sechrist
Bunda, Stutz & DeWitt
One Seagate, Suite 650
Toledo, OH 43604

Roman A. Shaul
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Robert K. Shelquist
Lockridge, Grindal & Nauen P.L.L.P
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

Kelly E. Simon
Thompson Coburn LLP
One U.S. Bank Plaza
St. Louis, MO 63101

Eileen B. Smith
Waller Lansden Dortch & Davis
Nashville City Center
511 Union Street, Suite 2100
Nashville, TN 37219

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 North Carancahua, Suite 1511
P. O. Drawer 23017
Corpus Christi, TX 78403

Jennifer L. Souza
Roetzel & Andress
222 S. Main Street, Suite 400
Akron, OH 44308

Richard C. Stanley
Stanley, Flanagan & Reuter, LLC
909 Poydras Street, Suite 2500
LL&E Tower
New Orleans, LA 70112

Jason M. Steffens
Simmons, Perrine, Albright
& Ellwood
115 Third Street, SE, Suite 1200
Cedar Rapids, IA 52401

Dori K. Stibolt
Steel Hector & Davis
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Paul F. Strain
Venable, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD 21201-2978

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Bryant M. Struble
Thompson & Coburn, LLP
One US Bank Plaza, Suite 2600
St. Louis, MO 63101

Daniel A. Thomas
Humphrey, Farrington & McClain, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051

Tyler S. Thompson
Dolt, Thompson, Shepherd & Kinney
455 S. 4th Street
310 Starks Building
Louisville, KY 40202

David A. Trevey
Lynn, Fulkerson, Nichols & Kinkel,
PLLC
267 W. Short Street
Lexington, KY 40507

J. Kennedy Turner, III
Butler, Snow, O'Mara, Stevens
& Cannada , PLLC
P.O. Box 22567
Jackson, MS 39225-2567

J. Michael Veron
Bice, Palermo & Veron
713 Kirby Street
P.O. Box 2125
Lake Charles, LA 70602-2125

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street, Suite 2800
Kansas City, MO 64106-6251

Edward J. Walters, Jr.
Moore, Walters & Thompson
6513 Perkins Road
Baton Rouge, LA 70808-4259

Anna M. Warnock
Frost, Brown & Todd, L.L.C.
250 West Main Street
2700 Lexington Financial Center
Lexington, KY 40507-1749

Seth S. Webb
Brown & Crouppen, PC
720 Olive Street, Suite 1800
St. Louis, MO 63101

Flossie Weill
Weill, Durand & Long, PLLC
Two Union Square
700 Tallan Building
Chattanooga, TN 37402-2207

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

John Gerard Werner
Reaud, Morgan & Quinn, LLP
801 Laurel Street
P.O. Box 26005
Beaumont, TX 77720-6005

Linsey W. West
Woodward, Hobson & Fulton, L.L.P.
P.O. Box 1720
200W. Vine Street, Suite 500
Lexington, KY 40588

Harold L. Whitfield
Whitfield & Associates
333 S. Kirkwood Road, Suite 303
Kirkwood, MO 63122

Kim A. Williams
Williamson & Williams
811 1st Avenue, Suite 620
Seattle, WA 98104

Richard E. Wilson
Cox & Cox, et al.
723 Broad Street
Lake Charles, LA 70601

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
One United Plaza, Suite 501
4041 Essen Lane
Baton Rouge, LA 70809

Exhibit 4
Page 57 of 64

# INVOLVED JUDGES LIST (CTO-34)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Henry Lee Adams, Jr.
U.S. District Judge
United States District Court
11-200 U.S. Courthouse
300 N. Hogan Street
Jacksonville, FL 32202-4204

Hon. Ann Aiken
U.S. District Judge
286 Federal Building
& U.S. Courthouse
211 East 7th Avenue
Eugene, OR 97401

Hon. Nancy F. Atlas
U.S. District Judge
9015 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002

Hon. Henry E. Autrey
U.S. District Judge
10N Thomas F. Eagleton U.S.
Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Harry F. Barnes
U.S. District Judge
P.O. Box 1735
El Dorado, AR 71731

Hon. Mark W. Bennett
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 838
Sioux City, IA 51101

Hon. Neal B. Biggers, Jr.
Senior U.S. District Judge
388 Federal Building & U.S.
Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Hon. Robert Brack
U.S. District Judge
United States District Court
Federal Building
200 East Griggs Avenue
Las Cruces, NM 88011

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Frederick R. Buckles
U.S. Magistrate Judge
U.S. District Court
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Susan C. Bucklew
U.S. District Judge
1430 Sam M. Gibbons U.S.
Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Todd J. Campbell
Chief Judge, U.S. District Court
U.S. Courthouse, Room A-820
801 Broadway
Nashville, TN 37203-3816

Hon. Robin J. Cauthron
Chief Judge, U.S. District Court
3301 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Ron Clark
U.S. District Judge
221 Jack Brooks Federal Building
& U.S. Courthouse
300 Willow Street
Tyler, TX 77701

Hon. Curtis Lynn Collier
Chief Judge, U.S. District Court
U.S. District Court
Post Office Box 831
Chattanooga, TN 37401-0931

Hon. Timothy J. Corrigan
U.S. District Judge
United States Courthouse
300 N. Hogan Street
Suite 11-350
Jacksonville, FL 32202

Hon. John C. Coughenour
U.S. District Judge
16229 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1271

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77706

Hon. Frank C. Damrell, Jr.
U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall U.S.
Courthouse
40 Centre Street
New York, NY 10007

Hon. Glen H. Davidson
Chief Judge, U.S. District Court
P.O. Box 767
Aberdeen, MS 39730-0767

Hon. William P. Dimitrouleas
U.S. District Judge
203 U.S. Courthouse
299 East Broward Boulevard
Ft. Lauderdale, FL 33301

Hon. Bernice Bouie Donald
U.S. District Judge
341 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David D. Dowd, Jr.
Senior U.S. District Judge
402 U.S. Courthouse & Fed. Bldg.
Two South Main Street
Akron, OH 44308

Exhibit 4

Page 58 of 64

INVOLVED JUDGES LIST (CTO-34) MDL-1657                                          PAGE 2 of 4

Hon. Dee D. Drell
U.S. District Judge
U.S. District Court
P.O. Box 1071
Alexandria, LA 71309-1071

Hon. Christopher F. Droney
U.S. District Judge
Abraham Ribicoff Fed. Bldg
& U.S. Courthouse
450 Main Street
Hartford, CT 06103

Hon. Kristi K. DuBose
U.S. Magistrate Judge
John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3606

Hon. Robert L. Echols
U.S. District Judge
A-824 Estes Kefauver Federal
Bldg. & U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Hon. James C. England
U.S. District Judge
United States Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO 65808

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Gary A. Fenner
U.S. District Judge
8452 Charles E. Whittaker
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Stephen P. Friot
U.S. District Judge
3102 U.S. Courthouse
200 Northwest Fourth Street
Oklahoma City, OK 73102-3092

Hon. James Knoll Gardner
U.S. District Judge
U. S. District Court & Fed. Bldg.
504 W. Hamilton Street, Suite 4701
Allentown, PA 18101

Hon. Donald L. Graham
U.S. District Judge
James Lawrence King Federal Justice
Building
99 Northeast Fourth Street
Miami, FL 33132

Hon. J. Ronnie Greer
U.S. District Judge
United States District Court
220 West Depot Street
Suite 405
Greeneville, TN 37743

Hon. Ancer L. Haggerty
Chief Judge, U.S. District Court
1307 Mark O. Hatfield U.S.
Courthouse
1000 SW Third Avenue
Portland, OR 97204-2902

Hon. Jean C. Hamilton
U.S. District Judge
16N Thomas F. Eagleton U.S.
Courthouse
111 South Tenth St., 16th Floor
St. Louis, MO 63102-1116

Hon. Andrew S. Hanen
U.S. District Judge
P.O. Box 61010
Houston, TX 77208-1010

Hon. William J. Haynes, Jr.
U.S. District Judge
A845 Estes Kefauver Federal
Bldg. &  U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Hon. S. Maurice Hicks, Jr.
U.S. District Judge
5226 United States Courthouse
300 Fannin Street
Suite 5226
Shreveport, LA 71101

Hon. Wm. Terrell Hodges
Senior U.S. District Judge
Golden-Collum Federal Building and
U.S. Courthouse, Box 11
207 Northwest Second Street
Ocala, FL 34475

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Herbert J. Hutton
Senior U.S. District Judge
9614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1764

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Yvette Kane
U.S. District Judge
U.S. Courthouse
P.O. Box 11817
Third and Walnut Streets
Harrisburg, PA 17108

Hon. Samuel B. Kent
U.S. District Judge
613 U.S. Courthouse
601 25th Street
Galveston, TX 77550

~~Hon. Shirley Wohl Kram~~
~~Senior U.S. District Judge~~
~~2101 U.S. Courthouse~~
~~40 Centre St.~~
~~New York, NY 10007-1581~~

Hon. Clay D. Land
U.S. District Judge
United States District Court
P.O. Box 2017
Columbus, GA 31902

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Tom S. Lee
U.S. District Judge
110 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Exhibit 4
Page 59 of 64

INVOLVED JUDGES LIST (CTO-34) MDL-1657                                    PAGE 3 of 4

Hon. Joan A. Lenard
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

Hon. David F. Levi
Chief Judge, U.S. District Court
14-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. Stephen N. Limbaugh
Senior U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 3rd Floor
St. Louis, MO 63102-9958

Hon. Ricardo S. Martinez
U.S. District Judge
13134 United States Courthouse
700 Stewart Street
Seattle, WA 98101-1290

Hon. Samuel H. Mays, Jr.
U.S. District Judge
United States District Court
1111 Clifford Davis Federal Bldg.
167 North Main Street
Memphis, TN 38103

Hon. John H. McBryde
U.S. District Judge
401 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102

~~Hon. Joseph H. McKinley, Jr.~~
~~U.S. District Judge~~
~~206 Federal Building~~
~~423 Frederica Street~~
~~Owensboro, KY 42301~~

Hon. Mary Ann L. Medler
U.S. Magistrate Judge
U.S. District Court
13S Thomas F. Eagleton U.S.
Courthouse
St. Louis, MO 63102-1116

Hon. Tucker L. Melancon
U.S. District Judge
4700 U.S.Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Patricia H. Minaldi
U.S. District Judge
328 Edwin F. Hunter, Jr. U.S.
Courthouse & Federal Building
611 Broad Street
Lake Charles, LA 70601

Hon. James S. Moody, Jr.
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. K. Michael Moore
U.S. District Judge
1168 James Lawrence King Federal
Justice Bldg.
99 N.E. Fourth Street
Miami, FL 33132

Hon. Federico A. Moreno
U.S. District Judge
1061 James Lawrence King
Federal Justice Building
99 N.E. Fourth Street
Miami, FL 33132

Hon. Michael W. Mosman
U.S. District Judge
United States District Court
1427 Mark O. Hatfield
1000 Southwest Third Avenue
Portland, OR 97204-2902

~~Hon. Thomas C. Mummert, III~~
~~U.S. Magistrate Judge~~
~~United States District Court~~
~~Thomas F. Eagleton Unisted States~~
~~Courthouse~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102-9958~~

Hon. Mary H. Murguia
U.S. District Judge
525 Sandra Day O'Connor
U.S. Courthouse, SPC 53
401 West Washington Street
Phoenix, AZ 85003-2154

Hon. David D. Noce
U.S. Magistrate Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Kathleen McDonald O'Malley
U.S. District Judge
16A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1840

Hon. Thomas N. O'Neill, Jr.
Senior U.S. District Judge
4007 James A. Byrne U.S. Courthouse

601 Market Street
Philadelphia, PA 19106

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Marsha J. Pechman
U.S. District Judge
14229 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1290

Hon. W. Allen Pepper, Jr.
U.S. District Judge
329 Federal Building
305 Main Street
Greenville, MS 38701

Hon. Catherine D. Perry
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 14th Floor
St. Louis, MO 63102-9958

Hon. Thomas W. Phillips
U.S. District Judge
145 Howard H. Baker, Jr. U.S.
Courthouse
800 Market Street
Knoxville, TN 37902

Hon. William D. Quarles, Jr.
United States District Court
Edward A. Garmatz Fed. Bldg. & U.S.
Courthouse
101 West Lombard Street
Baltimore, MD 21201

Hon. Cynthia M. Rufe
U.S. District Judge
United States District Court
4000 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Exhibit 4

Page 60 of 64

INVOLVED JUDGES LIST (CTO-34) MDL-1657                                    PAGE 4 of 4

Hon. Thomas B. Russell
U.S. District Judge
307 Federal Building
501 Broadway Street
Paducah, KY 42001

Hon. Harvey E. Schlesinger
U.S. District Judge
300 N. Hogan Street
Suite 11-150
Jacksonville, FL 32202

Hon. Steven P. Shreder
U.S Magistrate Judge
U.S. District Court
P.O. Box 7002
Muskogee, OK 74402

~~Hon. William B. Shubb~~
~~Senior U.S. District Judge~~
~~14-200 United States Courthouse~~
~~501 I Street~~
~~Sacramento, CA 95814-2322~~

Hon. Charles R. Simpson, III
Chief Judge, U.S. District Court
247 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Hon. Rodney W. Sippel
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 10th Floor
St. Louis, MO 63102-1116

Hon. James D. Todd
Chief Judge, U.S. District Court
444 U.S. Courthouse
111 South Highland Ave.
Jackson, TN 38301

Hon. Aleta A. Trauger
U.S. District Judge
825 U.S. Courthouse
801 Broadway
Nashville, TN 37203

Hon. James T. Trimble, Jr.
Senior U.S. District Judge
237 Edwin F. Hunter Jr. U.S. Courthouse & Fed. Bldg.
611 Broad Street
Lake Charles, LA 70601

Hon. Thomas A. Varlan
U.S. District Judge
143 Howard H. Baker Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902

Hon. John F. Walter
U.S. District Judge
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

~~Hon. Herman J. Weber~~
~~Senior U.S. District Judge~~
~~801 Potter Stewart U.S. Courthouse~~
~~100 East Fifth Street~~
~~Cincinnati, OH 45202~~

Hon. Lesley Brooks Wells
U.S. District Judge
18A Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113-1836

~~Hon. Ewing Werlein, Jr.~~
~~U.S. District Judge~~
~~9136 Bob Casey U.S. Courthouse~~
~~515 Rusk Avenue~~
~~Houston, TX 77002~~

Hon. Dean Whipple
Chief Judge, U.S. District Court
8652 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Ronald A. White
U.S. District Judge
United States District Court
P.O. Box 1009
Muskogee, OK 74402

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
109 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Thomas A. Wiseman, Jr.
Senior U.S. District Judge
777 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3813

Exhibit 4

# INVOLVED CLERKS LIST (CTO-34)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
U.S. District Court
P.O. Box 190
Greenville, MS 38702-0190

Arlen B. Coyle, Clerk
369 Fed. Bldg. & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S.
Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Christopher R. Johnson, Clerk
U.S. District Court
P.O. Drawer I
Hot Springs, AR 71902-1979

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
Jack Brooks Federal Bldg.
& U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

Donald M. Cinnamond, Clerk
100 Fed. Bldg. &  U.S. Courthouse
211 East 7th Avenue
Eugene, OR 97401

Donald M. Cinnamond, Clerk
740 Mark O. Hatfield U.S.
Courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2902

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Gregory J. Leonard, Clerk
P.O. Box 124
Columbus, GA 31902-0124

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

~~James Bonini, Clerk~~
~~324 Potter Stewart U.S. Courthouse~~
~~100 East Fifth Street~~
~~Cincinnati, OH 45202~~

James D. Hodges. Jr., Clerk
301 Federal Building
320 Sixth Street
Sioux City, IA 51101

James Woodward, Clerk
3300 Thomas F. Eagleton U.S.
Courthouse
111 South Tenth Street
St. Louis, MO 63102

~~Jeffrey A. Apperson, Clerk~~
~~120 Federal Building~~
~~241 East Main Street~~
~~Bowling Green, KY 42101~~

Jeffrey A. Apperson, Clerk
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Jeffrey A. Apperson, Clerk
322 Federal Building
501 Broadway
Paducah, KY 42001

Karen S. Mitchell, Clerk
310 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102-3643

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Kevin F. Rowe, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Lawrence Talamo, Clerk
U.S. District Court
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Mary E. D'Andrea, Clerk
P.O. Box 983
Harrisburg, PA 17108-0983

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Michael N. Milby, Clerk
101 Federal Building & U.S. Courthouse
600 East Harrison Street
Brownsville, TX 78522-7114

Michael N. Milby, Clerk
P.O. Box 2300
Galveston, TX 77553-2300

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Exhibit 4

Page 62 of 64

INVOLVED CLERKS LIST (CTO-34) MDL-1657                                    PAGE 2 of 2

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Patricia L. Brune, Clerk
1400 U.S. Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO 65806

~~Patricia L. McNutt, Clerk~~
~~U.S. District Court~~
~~P.O. Box 591~~
~~Chattanooga, TN 37401-0591~~

Patricia L. McNutt, Clerk
U.S. Courthouse
101 Summer Street, West
Greeneville, TN 37743

Patricia L. McNutt, Clerk
130 Howard H. Baker Jr. U.S.
Courthouse
800 Market Street
Knoxville, TN 37902

Richard H. Weare, Clerk
130 Sandra Day O'Connor U.S. Courthouse, SPC 1
401 West Washington Street
Phoenix, AZ 85003-2118

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Robert H. Shemwell, Clerk
P.O. Box 1269
Alexandria, LA 71309-1269

Robert H. Shemwell, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Robert M. March, Clerk
C-309 Federal Building
200 East Griggs Avenue
Las Cruces, NM 88001

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sheryl L. Loesch, Clerk
U.S. District Court
311 West Monroe Street
Jacksonville, FL 32201

Sheryl L. Loesch, Clerk
U.S. District Court
207 NW Second Street
Ocala, FL 34475

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Thomas M. Gould, Clerk
262 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

Thomas M. Gould, Clerk
242 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

William B. Guthrie, Clerk
P.O. Box 607
Muskogee, OK 74402-0607

Exhibit 4
Page 63 of 64

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone:  [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

December 22, 2005

Loretta G. Whyte, Clerk
U.S. District Court
102 Versailles Street
Suite 501
Lafayette, LA 70501

Re:  MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached Schedule CTO-34)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on December 6, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Attachments

cc:     Transferee Judge:     Judge Eldon E. Fallon
        Transferor Judges:    (See Attached List of Judges)
        Transferor Clerks:    (See Attached List of Clerks)

JPML Form 36A

Exhibit 4
Page 64 of 64