W. Mark Lanier
Kevin P. Parker
Richard Meadow
Lawrence P. Wilson
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, Texas 77069
Telephone: (713) 659-5200
Fax: (713) 659-2204

James E. Fosler
Alaska Bar No. 9711055
FOSLER LAW GROUP, INC.
737 West Fifth Ave., Suite 205
Anchorage, Alaska 99501
Telephone: (907) 277-1557
Fax: (907) 277-1657

Attorneys for STATE OF ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,                ) | |
| ) | |
| Plaintiff, ) | Case No. 3:06-CV-00018 (TMB) |
| ) | |
| vs.        ) | |
| ) | |
| MERCK & CO., INC.,                ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT MOTION FOR EXTENSION TO FILE
<u>RULE 26(F) PLANNING MEETING</u>**

The parties, by and through their respective counsel, make this joint motion for an extension of time to file their Rule 26(f) Scheduling and Planning Conference Report. The parties had a planning meeting on February 13, 2006 and are still trying to reach agreement

on the details of a joint report. Therefore, the parties respectfully request until Friday, February 24, 2006 to file the report.

DATED: February 21, 2006.

FOSLER LAW GROUP, INC.

By: /s/ James E. Fosler
FOSLER LAW GROUP, INC.
737 W. 5th Ave., Suite 205
Anchorage, AK 99501
Phone: (907) 277-1557
Fax: (907) 277-1657
E-mail: jfosler@foslerlawgroup.com
Alaska Bar No. 9711055

THE LANIER LAW FIRM
W. Mark Lanier
Kevin P. Parker
Richard Meadow
Lawrence P. Wilson
*Pro hac vice* applications being prepared
6810 FM 1960 West
Houston, Texas 77069
Telephone: (713) 659-5200
Fax: (713) 659-2204

DORSEY & WHITNEY LLP

By: /s/ Jahna M. Lindemuth (consent)
DORSEY & WHITNEY LLP
1031 W. 4th Ave., Suite 600
Anchorage, AK 99501
Phone: (907) 276-4557
E-mail: lindemuth.jahna@dorsey.com
Alaska Bar No. 9711068

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 21st day of February 2006 a true and correct
copy of this document was served on:

Jahna M. Lindemuth
Dorsey & Whitney, LLC
1030 West Fourth Ave., Suite 600
Anchorage, AK 99501

by electronic means through the ECF system,
as indicated on the Notice of Electronic Filing,
or, if not confirmed by ECF, by first class
regular mail.

By:   /s/ James E. Fosler
James E. Fosler, ABA #9711055
Fosler Law Group, Inc.