W. Mark Lanier
Kevin P. Parker
Richard Meadow
Lawrence P. Wilson
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, Texas 77069
Telephone: (713) 659-5200
Fax: (713) 659-2204

James E. Fosler
Alaska Bar No. 9711055
FOSLER LAW GROUP, INC.
737 West Fifth Ave., Suite 205
Anchorage, Alaska 99501
Telephone: (907) 277-1557
Fax: (907) 277-1657

Attorneys for STATE OF ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:06-CV-00018 (TMB) |
| ) | |
| vs. ) | |
| ) | |
| MERCK & CO., INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### STATE OF ALASKA'S MOTION FOR
### EXPEDITED CONSIDERATION OF MOTION TO REMAND

Plaintiff State of Alaska ("Alaska") files this motion asking the Court to decide its Motion to Remand before March 9, 2006. Expedited consideration is requested for the following reasons:

1.  Alaska filed this case in Alaska state court for violations of Alaska's Unfair Trade Practices and Consumer Protection Act. Merck removed the case to federal court, arguing that federal question jurisdiction exists. Alaska filed a Motion to Remand because there is no federal jurisdiction. The motion is fully briefed and ripe for the Court's consideration.

2.  On February 7, 2006, pursuant to Merck's request, the MDL Panel issued a conditional transfer of the case into the federal Vioxx Multi-District Litigation ("MDL"). *See* Docket 17, Exhibit A. Merck is trying to manipulate this case into the MDL before this Court can decide the threshold issue presented by the Motion to Remand – whether or not the federal courts have jurisdiction. If Merck is successful and the case is transferred into the MDL before the Motion to Remand is decided, consideration of whether this Court has jurisdiction will be significantly delayed.

3.  On February 22, 2006, Alaska filed a timely notice of opposition to the transfer. On the same day, the MDL sent a scheduling letter making Alaska's opposition to the transfer due on March 9, 2006. *See* Exhibit A. Because the letter does not establish a timeline for Merck to respond to the opposition, it appears that Merck's request that the case be transferred will be ripe on March 9, 2006. *Id.*

4.  Pursuant to MDL Rule 1.5, this Court retains jurisdiction over the case until the MDL Panel rules on Merck's request that the case be transferred: "The pendency of a . . . conditional transfer order . . . does not in any way affect or suspend orders and pretrial

proceeding in the district court in which the action is pending and does not in any way limit the pretrial jurisdiction of that court."

5. Alaska urges the Court to decide the Motion for Remand before March 9, 2006. If the Court does not, the case will likely be transferred into the MDL without any consideration of whether the federal courts have subject matter jurisdiction. Such a transfer would violate fundamental concepts of subject matter jurisdiction and contravene notions of judicial economy since it would result in a substantial delay imposed by courts lacking jurisdiction. *See Steel Co. v. Citizens for a Better Environment*, 523 U.S. 83, 94-95 (1998)("without jurisdiction a court cannot proceed at all in any cause"); *Bank Ohio v. Fox*, 516 F.2d 29, 32 (6th Cir. 1975)(a case cannot be transferred into MDL unless the district court has subject matter jurisdiction).

6. This Court has discretion to consider and decide Alaska's Motion for Remand. Alaska respectfully requests that the Court exercise that discretion and consider the motion before March 9, 2006.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

DATED: March 2, 2006.

                        FOSLER LAW GROUP, INC.

By:  /s/ James E. Fosler
FOSLER LAW GROUP, INC.
737 W. 5th Ave., Suite 205
Anchorage, AK 99501
Phone: (907) 277-1557
Fax: (907) 277-1657
E-mail: jfosler@foslerlawgroup.com
Alaska Bar No. 9711055

THE LANIER LAW FIRM
W. Mark Lanier
Kevin P. Parker
Richard Meadow
Lawrence P. Wilson
*Pro hac vice* applications being prepared
6810 FM 1960 West
Houston, Texas 77069
Telephone: (713) 659-5200
Fax: (713) 659-2204

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 2st day of March 2006 a true and correct copy of this
document was served on:

Jahna M. Lindemuth
Dorsey & Whitney, LLC
1030 West Fourth Ave., Suite 600
Anchorage, AK 99501

by electronic means through the ECF system,
as indicated on the Notice of Electronic Filing, or, if
not confirmed by ECF, by first class regular mail.

By:  /s/ James E. Fosler
James E. Fosler, ABA #9711055
Fosler Law Group, Inc.