W. Mark Lanier
Kevin P. Parker
Richard Meadow
Lawrence P. Wilson
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, Texas 77069
Telephone: (713) 659-5200
Fax: (713) 659-2204

James E. Fosler
Alaska Bar No. 9711055
FOSLER LAW GROUP, INC.
737 West Fifth Ave., Suite 205
Anchorage, Alaska 99501
Telephone: (907) 277-1557
Fax: (907) 277-1657

Attorneys for STATE OF ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MERCK & CO., INC., ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:06-CV-00018 (TMB) |

## REQUEST FOR ORAL ARGUMENT

The State of Alaska, pursuant to Local Rule 7.2(a), respectfully requests oral argument on its Motion for Reconsideration of Order Staying the Case, which is being filed contemporaneously with this request.

DATED: March 13, 2006.

                FOSLER LAW GROUP, INC.

By: /s/ James E. Fosler
FOSLER LAW GROUP, INC.
737 W. 5th Ave., Suite 205
Anchorage, AK 99501
Phone: (907) 277-1557
Fax: (907) 277-1657
E-mail: jfosler@foslerlawgroup.com
Alaska Bar No. 9711055

THE LANIER LAW FIRM
W. Mark Lanier
Kevin P. Parker
Richard Meadow
Lawrence P. Wilson
*Pro hac vice* applications being prepared
6810 FM 1960 West
Houston, Texas 77069
Telephone: (713) 659-5200
Fax: (713) 659-2204

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of March 2006 a true and correct copy of this document was served on:

Jahna M. Lindemuth
Dorsey & Whitney, LLC
1030 West Fourth Ave., Suite 600
Anchorage, AK 99501

by electronic means through the ECF system, as indicated on the Notice of Electronic Filing, or, if not confirmed by ECF, by first class regular mail.

By: /s/ James E. Fosler
James E. Fosler, ABA #9711055
Fosler Law Group, Inc.