MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA


*State v. Merck*
Case No. 3:06-cv-00018-TMB


By:             THE HONORABLE TIMOTHY M. BURGESS


<u>PROCEEDINGS</u>:     ORDER FROM CHAMBERS

On March 6, 2006, the Court entered an Order staying this case pending transfer to the multi-district litigation proceeding for Vioxx litigation.  Docket No. 27.  The State has filed a motion for reconsideration and requests oral argument on the motion.  Docket Nos. 28; 29.  The Court has reviewed the points and authorities in the motion for reconsideration and concludes that alteration of the Order is not warranted.  The motions at **Docket Nos. 28** and **29** are therefore **DENIED**.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE:  <u>March 15, 2006</u>